# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| HORSESHOE BAY RESORT HOLDINGS, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | NO. 1:24-CV-00040 |
| THE UNITED STATES SMALL BUSINESS ADMINISTRATION; Isabella Casillas Guzman, in her official capacity as Administrator of the Small Business Administration; and The United States of America, | § § § § § § § § | |
| Defendants. | § § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Horseshoe Bay Resort Holdings, LLC ("Plaintiff") respectfully submits the following corporate disclosure statement:

Plaintiff is a private non-governmental party. Jaffe Assets, LLC, a privately-held entity, owns a 75.1% interest in Plaintiff while International Bancshares Corporation, a publicly held corporation, owns the remaining 24.9% interest.

Dated: January 10, 2024                     Respectfully submitted,

                                              ARNOLD & PORTER KAYE SCHOLER LLP

                                              By:   /s/ C. Thomas Kruse
                                                      C. Thomas Kruse (Bar No. 11742535)
                                                      700 Louisiana Street, Suite 4000
                                                      Houston, TX 77002-2755
                                                      Telephone: +1 713.576.2400
                                                      Fax: +1 713.576.2499
                                                      Email: Tom.Kruse@arnoldporter.com

                                                      James W. Kim (*pro hac vice* pending)
                                                      601 Massachusetts Ave, NW
                                                      Washington, DC 20001-3743
                                                      Telephone: +1 202.942.5000
                                                      Fax: +1 202.942.5999
                                                      Email: James.Kim@arnoldporter.com

                                                      Tyler J. Fink (*pro hac vice* pending)
                                                      250 W 55th Street
                                                      New York, NY 10019-9710
                                                      Telephone: +1 212.836.8000
                                                      Fax: +1 212.836.8689
                                                      Email: Tyler.Fink@arnoldporter.com

                                                      Cate Baskin (*pro hac vice* pending)
                                                      70 West Madison Suite 4200
                                                      Chicago, IL 60602-4231
                                                      Telephone +1 312.538.2300
                                                      Fax: +1 312.583.2360
                                                      Email: Cate.Baskin@arnoldporter.com

                                                      **ATTORNEYS FOR PLAINTIFF**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on Defendants in accordance with Fed. R. Civ. P. 4.

                                                                           */s/C. Thomas Kruse*
C. Thomas Kruse (Bar No. 11742535)
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499
Email: Tom.Kruse@arnoldporter.com

ATTORNEY FOR PLAINTIFF