# EXHIBIT 2

# SBA Lender's Transcript of Account

# U. S. Small Business Adminstration
## Lender's Transcript of Account

Page 1 of

| Name of Borrower | Loan Number |
| --- | --- |
| Horshoe Bay Resort Holdings, Inc. | 3866357206 |

| Name of Lender | Amount of Loan | Int. Day Basis |
| --- | --- | --- |
| BancorpSouth Bank (Cadence Bank) | 2,370,747.50 | Actual/360 |

**Repayment Terms as Stated in the Note:**
This Note will mature in 2 years and 0 months from date of the Note. The date of this note is 4/28/2020 . The initial interest rate is 1%. Borrower must pay principal and interest payments of $133,417.11 every month, beginning seven months from the date this note is dated.

Approved Deferment Periods:

Default Date (Next Payment Due Date):

| Date | Amount Disbursed | Amount Repaid | Deferment | Application of Payment Principal | Interest | Int. Rate | Interest Paid From | To | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4/28/2020 | 2,370,747.50 | | | | | 1.00% | | | 2,370,747.50 |
| | | | | | 0.00 | | | | |
| | | | | | 0.00 | | | | |
| | | | | | 0.00 | | | | |
| | | | | | 0.00 | | | | |
| | | | | | 0.00 | | | | |
| | | | | | 0.00 | | | | |
| | $ 2,370,747.50 | $ - | $ - | $ - | $ - | | | | |

I certify This to be a True Copy of Transcript of Account

Eddie Armstrong

Signature *Eddie Armstrong*

Contractor
Title

4/28/202_
Date