# EXHIBIT 3

# Plaintiff's Loan Forgiveness Application
# Form 3508EZ

DocuSign Envelope ID: 5500FCDC-298A-43A3-B69C-1F9C02ABF909



OMB Control No.: 3245-0407
Expiration Date: 01/31/2022

# Paycheck Protection Program
## PPP Loan Forgiveness Application Form 3508EZ Revised July 30, 2021

| Business Legal Name ("Borrower") | | DBA or Tradename, if applicable | |
|---|---|---|---|
| HORSESHOE BAY RESORT HOLDINGS, LLC | | | |
| Business Address | NAICS Code | Business TIN (EIN, SSN, ITIN) | Business Phone |
| PO BOX 4449 HORSESHOE BAY TX 78657 | 713910 | [redacted] | (830) 220 - 2324 |
| | | Primary Contact | E-mail Address |
| | | JAFFE ASSETS LLC | rmitchell@hsbresort.com |

☒ **First Draw PPP Loan** ☐ **Second Draw PPP Loan** (check one)

**SBA PPP Loan Number:** 3866357206 **Lender PPP Loan Number:** 93000001031782

**PPP Loan Amount:** $ 2,370,747.50 **PPP Loan Disbursement Date:** 05/01/2020
**Amount of PPP Loan Increase (if applicable):** ________ **Date of PPP Loan Increase (if applicable):** ________

**Employees at Time of Loan Application:** 237 **Employees at Time of Forgiveness Application:** 228

**Covered Period:** 05/01/2020 to 10/15/2020

**Forgiveness Amount Calculation:**

Payroll and Nonpayroll Costs

| | |
|---|---|
| Line 1. Payroll Costs: | $ 4,149,925.00 |
| Line 2. Business Mortgage Interest Payments: | $ 0.00 |
| Line 3. Business Rent or Lease Payments: | $ 0.00 |
| Line 4. Business Utility Payments: | $ 0.00 |
| Line 5. Covered Operations Expenditures: | $ 0.00 |
| Line 6. Covered Property Damage Costs: | $ 0.00 |
| Line 7. Covered Supplier Costs: | $ 0.00 |
| Line 8. Covered Worker Protection Expenditures: | $ 0.00 |

Potential Forgiveness Amounts

| | |
|---|---|
| Line 9. Sum the amounts on lines 1 through 8: | $ 4,149,925.00 |
| Line 10. PPP Loan Amount: | $ 2,370,747.50 |
| Line 11. Payroll Cost 60% Requirement (divide Line 1 by 0.60): | $ 6,916,541.67 |

Forgiveness Amount

| | |
|---|---|
| Line 12. Forgiveness Amount (enter the smallest of Lines 9, 10, and 11): | $ 2,370,747.50 |

DocuSign Envelope ID: 5500FCDC-298A-43A3-B69C-1F9C02ABF909



OMB Control No.: 3245-0407
Expiration Date: 01/31/2022

**Paycheck Protection Program**
**PPP Loan Forgiveness Application Form 3508EZ Revised July 30, 2021**

**PPP Borrower Demographic Information (Optional)**

**Instructions**

1. **Purpose**. Veteran/gender/race/ethnicity data is collected for program reporting purposes only.
2. **Description**. This form requests information about each of the Borrower's Principals. Add additional sheets ifnecessary.
3. **Definition of Principal**. The term "Principal" means:
   - For a self-employed individual, independent contractor, or a sole proprietor, the self-employed individual, independent contractor, or sole proprietor.
   - For a partnership, all general partners and all limited partners owning 20% or more of the equity of the Borrower, or any partner that is involved in the management of the Borrower's business.
   - For a corporation, all owners of 20% or more of the Borrower, and each officer and director.
   - For a limited liability company, all members owning 20% or more of the Borrower, and each officer and director.
   - Any individual hired by the Borrower to manage the day-to-day operations of the Borrower ("key employee").
   - Any trustor (if the Borrower is owned by a trust).
   - For a nonprofit organization, the officers and directors of the Borrower.
4. **Principal Name**. Insert the full name of the Principal.
5. **Principal Position**. Identify the Principal's position; for example, self-employed individual; independent contractor; sole proprietor; general partner; owner; officer; director; member; or key employee.

| Principal Name | | Principal Position |
|---|---|---|
| | | |
| | Select Response Below: | |
| Veteran | ☐Non-Veteran; ☐ Veteran; ☐Service-Disabled Veteran; ☐Spouse of Veteran; ☐Not Disclosed | |
| Gender | ☐Male; ☐Female; ☐Not Disclosed | |
| Race (more than 1 may be selected) | ☐American Indian or Alaska Native; ☐Asian; ☐Black or African-American; ☐Native Hawaiian or Pacific Islander; ☐White; ☐Not Disclosed | |
| Ethnicity | ☐Hispanic or Latino; ☐Not Hispanic or Latino; ☐Not Disclosed | |

**Disclosure is voluntary and will have no bearing on the loan forgiveness decision**

**By Signing Below, You Make the Following Representations and Certifications on Behalf of the Borrower:**
The Authorized Representative of the Borrower certifies to all of the below by **initialing** next to each one. The terms "payroll" and "payroll costs" as used in the below certifications include proprietor expenses (business expenses plus owner compensation) for Borrowers that applied for loans using SBA Form 2483-C or 2483-SD-C.

ML The dollar amount for which forgiveness is requested (which does not exceed the principal amount of the PPP loan):

- was used to pay business costs that are eligible for forgiveness (payroll costs to retain employees; business mortgage interest payments; business rent or lease payments; business utility payments; covered operations expenditures; covered property damage costs; covered supplier costs; or covered worker protection expenditures);
- includes payroll costs equal to at least 60% of the forgiveness amount; and
- for any owner-employee (with an ownership stake of 5% or more) or self-employed individual/general partner, does not exceed 2.5 months' worth of compensation received during the year used to calculate the PPP loan amount, capped at $20,833 per individual in total across all businesses.



I understand that if the funds were knowingly used for unauthorized purposes, the federal government may pursue recovery of loan amounts and/or civil or criminal fraud charges.

ML The Borrower did not reduce salaries or hourly wages of any employee by more than 25 percent for any employee during the Covered Period compared to the most recent quarter before the Covered Period. For purposes of this certification, the term "employee" includes only those employees that did not receive, during any single period during 2019, wages or salary at an annualized rate of pay in an amount more than $100,000.

ML The Borrower has accurately verified the payments for the eligible payroll and nonpayroll costs for which the Borrower is requesting forgiveness.

DocuSign Envelope ID: 5500FCDC-298A-43A3-B69C-1F9C02ABF909

OMB Control No : 3245-0407
Expiration Date: 01/31/2022



## Paycheck Protection Program
### PPP Loan Forgiveness Application Form 3508EZ Revised July 30, 2021



I have submitted to the Lender the required documentation verifying payroll costs, the existence of obligations and service (as applicable) prior to February 15, 2020, and eligible business mortgage interest payments, business rent or lease payments, business utility payments, covered operations expenditures, covered property damage costs, covered supplier costs, and covered worker protection expenditures.



If this application is being submitted for a Second Draw PPP Loan, the Borrower used all First Draw PPP Loan amounts on eligible expenses prior to disbursement of the Second Draw PPP Loan.



The information provided in this application and the information provided in all supporting documents and forms is true and correct in all material respects. I understand that knowingly making a false statement to obtain forgiveness of an SBA-guaranteed loan is punishable under the law, including 18 U.S.C. 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 U.S.C. 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a Federally insured institution, under 18 U.S.C. 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.



The tax documents I have submitted to the Lender (if applicable) are consistent with those the Borrower has submitted or will submit to the IRS and/or state tax or workforce agency. I also understand, acknowledge, and agree that the Lender can share the tax information with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of ensuring compliance with PPP requirements and all SBA reviews.



I understand, acknowledge, and agree that SBA may request additional information for the purposes of evaluating the Borrower's eligibility for the PPP loan and for loan forgiveness, and that the Borrower's failure to provide information requested by SBA may result in a determination that the Borrower was ineligible for the PPP loan or a denial of the Borrower's loan forgiveness application.

In addition, the Authorized Representative of the Borrower must certify by **initialing at least ONE** of the following two items:

X 

The Borrower did not reduce the number of employees or the average paid hours of employees between January 1, 2020 and the end of the Covered Period (other than any reductions that arose from an inability to rehire individuals who were employees on February 15, 2020, if the Borrower was unable to hire similarly qualified employees for unfilled positions on or before December 31, 2020 (or, for a PPP loan made after December 27, 2020, before the last day of the Covered Period), and reductions in an employee's hours that a borrower offered to restore and were refused).

_____ The Borrower was unable to operate between February 15, 2020, and the end of the Covered Period at the same level of business activity as before February 15, 2020 due to compliance with requirements established or guidance issued between March 1, 2020 and December 31, 2020 (or, for a PPP loan made after December 27, 2020, requirements established or guidance issued before the last day of the Covered Period), by the Secretary of Health and Human Services, the Director of the Centers for Disease Control and Prevention, or the Occupational Safety and Health Administration, related to the maintenance of standards of sanitation, social distancing, or any other work or customer safety requirement related to COVID-19.

The Borrower's eligibility for loan forgiveness will be evaluated in accordance with the PPP regulations and guidance issued by SBA through the date of this application. SBA may direct a lender to disapprove the Borrower's loan forgiveness application if SBA determines that the Borrower was ineligible for the PPP loan.

DocuSigned by: JAFFE ASSETS LLC

Signature of Authorized Representative of Borrower — Date: 9/24/2021

Print Name: JAFFE ASSETS LLC — Title: Member

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this application, including gathering data needed, is 20 minutes. Comments about this time or the information requested should be sent to Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416, and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503. PLEASE DO NOT SEND FORMS TO THESE ADDRESSES.

DocuSign Envelope ID: 5500FCDC-298A-43A3-B69C-1F9C02ABF909

## PPP Borrower Demographic Information (Optional)

**Instructions:** Capture additional principals (if needed)

| Principal Name | | Position |
|---|---|---|
| | | |
| Veteran | 1=Non-Veteran; 2=Veteran; 3=Service-Disabled Veteran; 4=Spouse of Veteran; X=Not Disclosed | |
| Gender | M=Male; F=Female; X=Not Disclosed | |
| Race (more than 1 may be selected) | 1=American Indian or Alaska Native; 2=Asian; 3=Black or African-American; 4=Native Hawaiian or Pacific Islander; 5=White; X=Not Disclosed | |
| Ethnicity | H=Hispanic or Latino; N=Not Hispanic or Latino; X=Not Disclosed | |

**Disclosure is voluntary and will have no bearing on the loan forgiveness decision**

| Principal Name | | Position |
|---|---|---|
| | | |
| Veteran | 1=Non-Veteran; 2=Veteran; 3=Service-Disabled Veteran; 4=Spouse of Veteran; X=Not Disclosed | |
| Gender | M=Male; F=Female; X=Not Disclosed | |
| Race (more than 1 may be selected) | 1=American Indian or Alaska Native; 2=Asian; 3=Black or African-American; 4=Native Hawaiian or Pacific Islander; 5=White; X=Not Disclosed | |
| Ethnicity | H=Hispanic or Latino; N=Not Hispanic or Latino; X=Not Disclosed | |

**Disclosure is voluntary and will have no bearing on the loan forgiveness decision**

| Principal Name | | Position |
|---|---|---|
| | | |
| Veteran | 1=Non-Veteran; 2=Veteran; 3=Service-Disabled Veteran; 4=Spouse of Veteran; X=Not Disclosed | |
| Gender | M=Male; F=Female; X=Not Disclosed | |
| Race (more than 1 may be selected) | 1=American Indian or Alaska Native; 2=Asian; 3=Black or African-American; 4=Native Hawaiian or Pacific Islander; 5=White; X=Not Disclosed | |
| Ethnicity | H=Hispanic or Latino; N=Not Hispanic or Latino; X=Not Disclosed | |

**Disclosure is voluntary and will have no bearing on the loan forgiveness decision**

| Principal Name | | Position |
|---|---|---|
| | | |
| Veteran | 1=Non-Veteran; 2=Veteran; 3=Service-Disabled Veteran; 4=Spouse of Veteran; X=Not Disclosed | |
| Gender | M=Male; F=Female; X=Not Disclosed | |
| Race (more than 1 may be selected) | 1=American Indian or Alaska Native; 2=Asian; 3=Black or African-American; 4=Native Hawaiian or Pacific Islander; 5=White; X=Not Disclosed | |
| Ethnicity | H=Hispanic or Latino; N=Not Hispanic or Latino; X=Not Disclosed | |

**Disclosure is voluntary and will have no bearing on the loan forgiveness decision**

| Principal Name | | Position |
|---|---|---|
| | | |
| Veteran | 1=Non-Veteran; 2=Veteran; 3=Service-Disabled Veteran; 4=Spouse of Veteran; X=Not Disclosed | |
| Gender | M=Male; F=Female; X=Not Disclosed | |
| Race (more than 1 may be selected) | 1=American Indian or Alaska Native; 2=Asian; 3=Black or African-American; 4=Native Hawaiian or Pacific Islander; 5=White; X=Not Disclosed | |
| Ethnicity | H=Hispanic or Latino; N=Not Hispanic or Latino; X=Not Disclosed | |

**Disclosure is voluntary and will have no bearing on the loan forgiveness decision**

Complete