# EXHIBIT 5

# SBA Letter to Plaintiff's Lender



**SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, DC 20416**

04/11/2022

VIA Forgiveness Platform

Julie McCaulley

BancorpSouth Bank

Re: PPP Request for Production of Documents and Information
   Borrower: HORSESHOE BAY RESORT HOLDINGS, LLC
   SBA Loan No. 3866357206
   Loan Approval Amount: $2,370,747.50
   Loan Approval Date: 04/27/2020
   Lender Forgiveness Decision Submission Date: 09/24/2021

*Dear: Julie McCaulley*

The U.S. Small Business Administration (SBA) is requesting additional documents or information for its review of the above-referenced Paycheck Protection Program (PPP) loan.

This request is in addition to the documentation requested in the Notification of Paycheck Protection Program Loan Review.

As detailed below, you must respond to this request within 20 business days of the date of this letter. If SBA does not receive a response within the stated period , or any other requested documentation is still outstanding, SBA will make a decision based on available information. Such a decision may include denial of forgiveness, referral to the Office of Credit Risk Management, and/or transfer of this matter (borrower and lender) to the Inspector General.

If any of the following documents were not already provided by the borrower, you must request them from the borrower. The borrower should respond to these requests within 10 business days of receipt. You must submit the documents and information provided by the borrower to SBA via the Forgiveness Platform.

SBA requests the following documents or information from the borrower:

**Subject: :   SBA Case: 3866357206 Horseshoe Bay Resort Holdings, LLC.**

SBA LOAN NAME: Horseshoe Bay Resort Holdings, LLC

SBA LOAN NUMBER: 3866357206

Full Denial Recommendation

Dear Lender,

We are conducting an affiliation review of documentation provided for the above referenced PPP loan forgiveness application and affiliated companies. Based on our preliminary findings, we are considering recommending a Full Denial. Please understand this is preliminary and will undergo more processing before reaching a final decision. We are considering this recommendation for the following reason (s):

A hold has been placed on the loan due to potential affiliation of entities based on ownership, common management and/or identity of interest that may impact eligibility. Please refer to the applicable affiliation rules here: Affiliation Rules Overview.

Please see list of possible affiliates below:

1. Horseshoe Bay Resort Holdings, LLC
2. Horseshoe Bay Resort Destinations, LLC
3. Horseshoe Bay Resort Management, LLC
4. Horseshoe Bay Resort Realty
5. Horseshoe Bay Resort, Inc.
6. Jaffee Assets LLC
7. Barlow, Garsek & Simon LTD., LLP
8. Horseshoe Bay Corporation

The following documentation is required to determine eligibility of the affiliated group:

- **Affiliation Worksheet (SBA Form 3511) for the Borrower and its affiliates at the time of their application.**

- **Complete all required information for the borrower and affiliates; those listed and any unlisted above.**
- **Initialed, signed and dated by the borrower including all addendums**
- **Select the applicable Size Standard (A. Employee-Based, B. Receipt-Based or C. Alternative Size Standard) and include supporting information and the verified NAICS Codes.**
- **Form 3511 is available through the PPP Platform. Please read and follow instructions carefully**

- **Comprehensive Affiliation Tree/Corporate Organization Chart with all ownership listed, their percentages owned, EIN/SSN's with detailed management listed for those who hold control.  If ownership is held by an entity, the underlying ownership to individuals must be provided with details.**

- **2019 & 2020 complete, filed and signed Federal Income Tax returns for all entity affiliates including all pages and all schedules.**
- **SBA Form 2483 - PPP Borrower Loan Application with Addendum A or Faith-Based Addendum as applicable. The Addendum A should list all affiliates of the borrower and details of each owner and their percentage owned down to the individuals and each affiliate's employee count. If the affiliate has a waiver, a listing of employee count per location is applicable.**

- **Provide a written and signed statement disclosing all PPP loans obtained that are affiliated with the borrower, its affiliates and majority ownership as listed above and/or per the Affiliation Rules Overview link as applicable.**

- **2019 and 2020 Income Statement and Profit and Loss Statement.**

- **Please provide SBA Form 1149, Transcript of Account.**

- **Please provide written and signed Explanation for the fact that the Texas Secretary of State list the registered Office Address and Mailing address for Horseshoe Bay Resort Holdings, LLC as 920 Foch Street, Forth Worth, TX 76107 and the ETRAN Application lists 101 Horseshoe Bay Blvd., Horseshoe Bay, TX 78657 and the 3508 Forgiveness Application lists P.O. Box 4449, Horseshoe Bay, TX 78657**

**If these entities noted above are affiliates of the borrower, the borrower must include them, and any other affiliates, in its responses on the Affiliation Worksheet that the borrower submits. If the borrower is not affiliated with one or more of the entities identified above, the borrower must provide a detailed written explanation on a separate sheet identified as an addendum to the Affiliation Worksheet.**

**If you have additional information to address the issues mentioned above, please respond to this message In the PPP platform as soon as possible with the ADDITIONAL information.**

**Or if you do not have information to address the issues mentioned above, PLEASE ASK THE BORROWER FOR THIS INFORMATION GIVING THEM TEN (10) BUSINESS DAYS TO RESPOND.**

**We would like to have all information before making a recommendation and forwarding for further processing. If this new information alters our current proposed recommendation, you will be notified of the change.**

**If you have no additional information to provide and the borrower has not responded within the required ten business days, please respond in the PPP platform that you do not have additional information. We have sent this same message through the platform.**

Sincerely,

**James Miller
Loan Specialist
Commercial Loan Service Center – Fresno
U.S. Small Business Administration
james.miller@sba.gov**

As noted above, if the SBA does not receive a response within 20 business days of the date of this letter, or any other requested documentation is still outstanding, the SBA will take further action as indicated above. Further, the SBA may, in the future, request additional information directly from the borrower or require you to contact the borrower in writing to request additional information.

Thank you for your cooperation.

Sincerely,

Office of Financial Program Operations
U.S. Small Business Administration