# EXHIBIT 8

# Plaintiff's Letter to IRS (redacted)



Tel:  210-342-8000
Fax:  210-342-0866
www.bdo.com

9901 IH-10, Suite 500
San Antonio, TX 78230

February 10, 2023
Department of Treasury
Internal Revenue Service
Odgen, UT 84201-0011

Re: Horseshoe Bay Resort Holdings, LLC

Form: 1065

To whom it may concern:

The above mentioned taxpayer has asked us to write a letter requesting that the NAICS code of
the taxpayer on file be updated to 721100. The taxpayer has reviewed its revenue stream,
employee costs, other costs of doing business and employee counts and determined that
these activities are better reflective of a NAICS code 721100. Therefore we believe updating
the NAICS code will better classify the company into the appropriate industry.

Should you have any questions please feel free to reach out to us at 210-342-8000.

Regards,

Ann Pena, CPA
Tax Office Managing Partner

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of
the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.