# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| HORSESHOE BAY RESORT HOLDINGS, LLC, <br> *Plaintiff* <br><br> v. <br><br> THE UNITED STATES SMALL BUSINESS ADMINISTRATION and ISABEL CASILLAS GUZMAN, <br> *Defendants* | §§§§§§§§§§ | Case No. 1:24-CV-00040-DII |

## O R D E R

Plaintiff Horseshoe Bay Resort Holdings, LLC filed its Complaint on January 10, 2024. Dkt. 1. Defendants the United States Small Business Administration and Isabel Casillas Guzman filed their motion to dismiss on April 29, 2024. Dkt. 20. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **July 19, 2024**.

**SIGNED** on July 2, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1