**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.
▶ See instructions on page 2.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| HORSESHOE BAY CIVIC ASSOCIATION, INC | 742120359 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| HORSESHOE BAY RESORT HOLDINGS, LLC | 74-2993383 | CORPORATION | US | 10.000 |
| JAFFE GROUP, LTD. AND SUBSIDIARIES | 74-2223794 | CORPORATION | US | 75.100 |
| THE MORRIS D. JAFFE, III, TRUST OF | 74-6357798 | TRUST | US | 75.100 |
| THE JORDAN ELLIOT JAFFE TRUST OF DE | 74-6357800 | TRUST | US | 75.100 |
| THE JUSTIN PHILLIP JAFE TRUST OF DE | 74-6357799 | TRUST | US | 75.100 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| MORRIS D. JAFFE, JR. | 46-4946300 | US | 75.100 |
| MORRIS D. JAFFE, III | 46-0953641 | US | 75.100 |
| JORDAN E. JAFFE | 46-0954487 | US | 75.100 |
| JUSTIN P. JAFFE | 46-0950153 | US | 75.100 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice,
see the Instructions for Form 1120.     8C2720 1.000     JSA

Schedule G (Form 1120) (Rev. 12-2011)



Tel: 210-342-8000          9901 IH-10, Suite 500
Fax: 210-342-0866          San Antonio, TX 78230
**www.bdo.com**

January 4, 2021

Brian McNamara
Horseshoe Bay Civic Association, Inc
P.O. Box 4449
Horseshoe Bay, TX 78657-4449

**RE:  Horseshoe Bay Civic Association, Inc**

Dear Brian,

Enclosed are the following corporate returns prepared on behalf of Horseshoe Bay Civic
Association, Inc for the year ended March 31, 2020.

        2019 U.S. Corporation Income Tax Return
        2019 IRS e-file Signature Authorization for Form 1120

The federal return will be electronically filed on your behalf.  The state and/or city returns should
be signed and dated in accordance with the enclosed filing instructions.  The taxpayer's copy of
the return should be retained for your records.

After reviewing your return(s) for accuracy, please sign any and all e-file authorization forms and
return them to us via mail (pre-addressed envelope provided), fax (210-342-0866 Attn: Tax
Administrator), or email  (SAT-Tax-Mail@bdo.com) confirming your return(s) can be filed
electronically. The signed e-file authorization forms must be returned to us prior to us
electronically filing your return.

These return(s) were prepared from information provided by you or your representative.  The
preparation of tax returns does not include the independent verification of information used.
Therefore, we recommend you review the return(s) before signing to ensure there are no
omissions or misstatements.  If you note anything which may require a change to the return(s),
please contact us before filing them.

Upon examination of the return by taxing authorities, requests may be made for underlying data.
We recommend you preserve all records which you may be called upon to produce in connection
with such possible examination.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we
may be of further assistance.

Sincerely,

*Ann Peña*

BDO USA, LLP



Tel: 210-342-8000          9901 IH-10, Suite 500
Fax: 210-342-0866          San Antonio, TX 78230
**www.bdo.com**

Horseshoe Bay Civic Association, Inc
Instructions for Filing
Form 8879-C
IRS e-file Signature Authorization for Form 1120
for the year ended March 31, 2020

The original form should be signed (using full name and title) and dated by an authorized officer of the corporation.

The signed form should be returned on or before January 15, 2021 to:

BDO USA LLP
9901 IH-10, Suite 500
San Antonio, TX 78230

Or email to:  SAT-Tax-Mail@bdo.com

Do NOT separately file Form 1120 with the Internal Revenue Service.  Doing so will delay the processing of your return.

We must receive your signed form before we can electronically transmit your return.  The Internal Revenue Service will notify us when your return is accepted.  Your return is not considered filed until the Internal Revenue Service confirms their acceptance.

| Form **8879-C** | **IRS *e-file* Signature Authorization for Form 1120** | OMB No. 1545-0123 |
|---|---|---|

For calendar year 2019, or tax year beginning 04/01/2019, 2019, ending 03/31/2020

● Do not send to the IRS. Keep for your records.

● Go to *www.irs.gov/Form8879C* for the latest information.

Department of the Treasury
Internal Revenue Service

| Name of corporation | Employer identification number |
|---|---|
| HORSESHOE BAY CIVIC ASSOCIATION, INC | 742120359 |

**Part I    Tax Return Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) | 1 | |
| 2 | Taxable income (Form 1120, line 30) | 2 | NONE |
| 3 | Total tax (Form 1120, line 31) | 3 | NONE |
| 4 | Amount owed (Form 1120, line 35) | 4 | NONE |
| 5 | Overpayment (Form 1120, line 36) | 5 | NONE |

**Part II    Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize BDO USA LLP to enter my PIN 5 6 1 4 6 as my signature
**ERO firm name**    **do not enter all zeros**
on the corporation's 2019 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ● **TAXPAYER COPY**    Date ● 04/13/2020   Title ● CFO

**Part III    Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    7 0 2 6 3 5 1 3 5 3 8
**do not enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ● *Ann Peña*    Date ● 01/06/2021 ap

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.    Form **8879-C** (2019)

JSA
9C3302 1.000

**Form 1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

**For calendar year 2019 or tax year beginning** 04/01/2019 **, ending** 03/31/2020

● **Go to** *www.irs.gov/Form1120* **for instructions and the latest information.**

OMB No. 1545-0123

**A Check if:**
1a Consolidated return (attach Form 851) ●
b Life/nonlife consolidated return ●
2 Personal holding co. (attach Sch. PH) ●
3 Personal service corp. (see instructions) ●
4 Schedule M-3 attached ●

**TYPE OR PRINT**

Name
HORSESHOE BAY CIVIC ASSOCIATION, INC

Number, street, and room or suite no. If a P.O. box, see instructions.
P.O. BOX 4449

City or town, state or province, country, and ZIP or foreign postal code
HORSESHOE BAY, TX 78657-4449

**B Employer identification number**
742120359

**C Date incorporated**
04/28/1980

**D Total assets (see instructions)**
$

**E Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | |
|---|---|---|---|
| **Income** | 1a Gross receipts or sales | 1a | |
| | b Returns and allowances | 1b | |
| | c Balance. Subtract line 1b from line 1a | | 1c |
| | 2 Cost of goods sold (attach Form 1125-A) | | 2 |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 |
| | 4 Dividends and inclusions (Schedule C, line 23) | | 4 |
| | 5 Interest | | 5 |
| | 6 Gross rents | | 6 |
| | 7 Gross royalties | | 7 |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 |
| | 10 Other income (see instructions - attach statement) | | 10 |
| | 11 **Total income.** Add lines 3 through 10 | | 11 |
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (see instructions - attach Form 1125-E) | | 12 |
| | 13 Salaries and wages (less employment credits) | | 13 |
| | 14 Repairs and maintenance | | 14 |
| | 15 Bad debts | | 15 |
| | 16 Rents | | 16 |
| | 17 Taxes and licenses | | 17 |
| | 18 Interest (see instructions) | | 18 |
| | 19 Charitable contributions | | 19 |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 20 |
| | 21 Depletion | | 21 |
| | 22 Advertising | | 22 |
| | 23 Pension, profit-sharing, etc., plans | | 23 |
| | 24 Employee benefit programs | | 24 |
| | 25 Reserved for future use | | 25 |
| | 26 Other deductions (attach statement) | | 26 |
| | 27 **Total deductions.** Add lines 12 through 26 | | 27 |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | NONE |
| | 29a Net operating loss deduction (see instructions) | 29a | |
| | b Special deductions (Schedule C, line 24) | 29b | |
| | c Add lines 29a and 29b | | 29c |
| **Tax, Refundable Credits, and Payments** | 30 **Taxable income.** Subtract line 29c from line 28. See instructions | | 30 | NONE |
| | 31 Total tax (Schedule J, Part I, line 11) | | 31 | NONE |
| | 32 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | | 32 | |
| | 33 Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | | 33 | NONE |
| | 34 Estimated tax penalty. See instructions. Check if Form 2220 is attached ● ☐ | | 34 | |
| | 35 **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | | 35 | NONE |
| | 36 **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | | 36 | NONE |
| | 37 Enter amount from line 36 you want: **Credited to 2020 estimated tax** NONE **Refunded** | | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**TAXPAYER COPY**

Signature of officer ●  BRIAN MCNAMARA      | 04/13/2020  Date  ● CFO  Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| ANN M PENA | *Ann Peña* | 01/06/2021 | | P00671430 |

Firm's name ● BDO USA LLP
Firm's address ● 9901 IH-10, SUITE 500
SAN ANTONIO, TX 78230

Firm's EIN ● 13-5381590
Phone no. 210-342-8000

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2019)

JSA
9C1110 2.000

Form 1120 (2019)                                                                                                                 Page **2**

| **Schedule C** | **Dividends, Inclusions, and Special Deductions** (see instructions) | **(a)** Dividends and inclusions | **(b)** % | **(c)** Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16 a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2019)

Form 1120 (2019)                                                                                                   Page **3**

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | |
|---|---|---|---|

**Part I-Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | |
| 2 | Income tax. See instructions | 2 | NONE |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 | 4 | NONE |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | NONE |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Other (see instructions - attach statement) | 9f | |
| 10 | **Total.** Add lines 9a through 9f | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | NONE |

**Part II-Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32 | 12 | |

**Part III-Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| 13 | 2018 overpayment credited to 2019 | 13 | |
| 14 | 2019 estimated tax payments | 14 | |
| 15 | 2019 refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | NONE |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | NONE |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Form 8827, line 5c | 20c | |
| d | Other (attach statement - see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | 21 | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | 23 | NONE |

Form **1120** (2019)

JSA
9C1130 1.000

Form 1120 (2019)                                                                                                          Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method: a ☐ Cash    b ☒ Accrual    c ☐ Other (specify) ●_____

**2** See the instructions and enter the:

**a** Business activity code no. ● 541990

**b** Business activity ● INACTIVE

**c** Product or service ● INACTIVE

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ●●●●●●●●●●●●●●● | | | | | X

If "Yes," enter name and EIN of the parent corporation ●_____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) ●●●●●●●●●●●●●●● X |

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) ●●●●●●● X |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | | | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | | | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 ●●●●●●●●●●●●●● | | | | | X

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? ●●●●●●● | | | | | X

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ●_____ and **(b)** Owner's country ●_____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ●_____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ●●●●●●●●●●●● ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ● $_____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ●_____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ●●● ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ●●●●●●●●●●●●●●●●●●●●●●●●●● $_____

Form **1120** (2019)

Form 1120 (2019)

| **Schedule K** | **Other Information** (continued from page 4) | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | X | |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ● $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15 a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ● $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," to any, complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 14 ● $ | | |

Form **1120** (2019)

Form 1120 (2019)                                                                                                          Page **6**

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | ( ) | | ( ) | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | ( ) | |
| 14 Other assets (attach statement) | | | | |
| 15 Total assets | | | | |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | | | | |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | NONE | | NONE |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | NONE | | NONE |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | NONE | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | | | |
| 2 Federal income tax per books | | | | | |
| 3 Excess of capital losses over capital gains | | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): _____ | | 8 Deductions on this return not charged against book income this year (itemize): | | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation . . . . $ _____ | | | |
| a Depreciation $ _____ | | b Charitable contributions $ _____ | | | |
| b Charitable contributions $ _____ | | | | | |
| c Travel and entertainment $ _____ | | 9 Add lines 7 and 8 | | | |
| 6 Add lines 1 through 5 | NONE | 10 Income (page 1, line 28) - line 6 less line 9 | | | NONE |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 Balance at beginning of year | NONE | 5 Distributions: a Cash | | | |
| 2 Net income (loss) per books | NONE | b Stock | | | |
| 3 Other increases (itemize): _____ | | c Property | | | |
| _____ | | 6 Other decreases (itemize): _____ | | | |
| _____ | | 7 Add lines 5 and 6 | | | |
| 4 Add lines 1, 2, and 3 | NONE | 8 Balance at end of year (line 4 less line 7) | | | NONE |

Form **1120** (2019)

JSA
9C1140 1.000

1518MJ   B99T                                                  SEPERATE
File: HORSESHOE_BAY_CIVIC_ASSOCIATION_TAX_RETURN_CLIENT_COPY-FORM_1120_2019.pdf    [2022/05/30 12:54:49] 1667

| SCHEDULE G<br>(Form 1120)<br>(Rev. December 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Information on Certain Persons Owning the<br>Corporation's Voting Stock**<br>● **Attach to Form 1120.**<br>● **See instructions on page 2.** | OMB No. 1545-0123 |
|---|---|---|

| Name | Employer identification number (EIN) |
|---|---|
| HORSESHOE BAY CIVIC ASSOCIATION, INC | 742120359 |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| HORSESHOE BAY RESORT HOLDINGS, LLC | 74-2993383 | PARTNERSHIP | US | 100.000 |
| JAFFE GROUP, LTD. AND SUBSIDIARIES | 74-2223794 | CORPORATION | US | 75.100 |
| THE MORRIS D. JAFFE, III, TRUST OF | 74-6357798 | TRUST | US | 75.100 |
| THE JORDAN ELLIOT JAFFE TRUST OF DE | 74-6357800 | TRUST | US | 75.100 |
| THE JUSTIN PHILLIP JAFE TRUST OF DE | 74-6357799 | TRUST | US | 75.100 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| MORRIS D. JAFFE, JR. | 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 | US | 75.100 |
| MORRIS D. JAFFE, III | 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 | US | 75.100 |
| JORDAN E. JAFFE | 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 | US | 75.100 |
| JUSTIN P. JAFFE | 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 | US | 75.100 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.    9C2720 1.000    JSA    Schedule G (Form 1120) (Rev. 12-2011)

1518MJ  B99T

File: HORSESHOE_BAY_CIVIC_ASSOCIATION_TAX_RETURN_CLIENT_COPY-FORM_1120_2019.pdf    [2022/05/30 12:58:49]  SEPERATE  188491667



Tel: 210-342-8000
Fax: 210-342-0866
**www.bdo.com**

9901 IH-10, Suite 500
San Antonio, TX 78230

January 15, 2020

Horseshoe Bay Fuel Sales Company
P.O. BOX 7766
HORSESHOE BAY, TX 78657

**RE:  Horseshoe Bay Fuel Sales Company**

Dear Brian,

Enclosed are the following corporate returns prepared on behalf of Horseshoe Bay Fuel Sales Company for the year ended March 31, 2019.

> 2018 U.S. Corporation Income Tax Return
> 2018 IRS e-file Signature Authorization for Form 1120

The federal return will be electronically filed on your behalf.  The state and/or city returns should be signed and dated in accordance with the enclosed filing instructions.  The taxpayer's copy of the return should be retained for your records.

After reviewing your return(s) for accuracy, please sign any and all e-file authorization forms and return them to us via mail (pre-addressed envelope provided), fax (210-342-0866 Attn: Tax Administrator), or email  (SAT-Tax-Mail@bdo.com) confirming your return(s) can be filed electronically. The signed e-file authorization forms must be returned to us prior to us electronically filing your return.

These return(s) were prepared from information provided by you or your representative.  The preparation of tax returns does not include the independent verification of information used.  Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements.  If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,

BDO USA, LLP



Tel: 210-342-8000          9901 IH-10, Suite 500
Fax: 210-342-0866          San Antonio, TX 78230
**www.bdo.com**

Horseshoe Bay Fuel Sales Company
Instructions for Filing
Form 8879-C
IRS e-file Signature Authorization for Form 1120
for the year ended March 31, 2019

The original form should be signed (using full name and title) and dated by an authorized officer of the corporation.

The signed form should be returned on or before January 15, 2020 to:

BDO USA LLP
9901 IH-10, Suite 500
San Antonio, TX 78230

Or email to:  SAT-Tax-Mail@bdo.com

This return indicates a tax due in the amount of $47.  A payment in the amount of $47 should be made using the Electronic  Federal Tax Payment System (EFTPS).  To avoid assessment of a penalty, the payment must be made timely and in the required manner through the EFTPS.  If you have any questions regarding the new electronic funds transfer requirements, we suggest that you contact our office or the Internal Revenue Service before transmitting payment.

                    January 15, 2020          $47

Do NOT separately file Form 1120 with the Internal Revenue Service.  Doing so will delay the processing of your return.

We must receive your signed form before we can electronically transmit your return.  The Internal Revenue Service will notify us when your return is accepted.  Your return is not considered filed until the Internal Revenue Service confirms their acceptance.

Form **8879-C**

## IRS *e-file* Signature Authorization for Form 1120

For calendar year 2018, or tax year beginning 04/01/2018 , ending 03/31/2019

▶ Do not send to the IRS. Keep for your records.

▶ Go to *www.irs.gov/Form8879C* for the latest information.

OMB No. 1545-0123

**2018**

Department of the Treasury
Internal Revenue Service

| Name of corporation | Employer identification number |
|---|---|
| HORSESHOE BAY FUEL SALES COMPANY | 74-2380686 |

**Part I**  Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---|
| **1** | Total income (Form 1120, line 11) | **1** | 751,232. |
| **2** | Taxable income (Form 1120, line 30) | **2** | 19,141. |
| **3** | Total tax (Form 1120, line 31) | **3** | 4,020. |
| **4** | Amount owed (Form 1120, line 35) | **4** | 47. |
| **5** | Overpayment (Form 1120, line 36) | **5** | |

**Part II**  Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2018 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize BDO USA LLP to enter my PIN 5 6 1 3 6 as my signature
on the corporation's 2018 electronically filed income tax return.

ERO firm name   do not enter all zeros

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2018 electronically filed income tax return.

Officer's signature ▶ **TAXPAYER COPY**    Date ▶    Title ▶ PRESIDENT

**Part III**  Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.  7 0 2 6 3 5 1 3 5 3 8

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2018 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ *Ann Peña*    Date ▶ 01/15/2020

**ERO Must Retain This Form - See Instructions
Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.    Form **8879-C** (2018)

Form **1120**
Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2018 or tax year beginning 04/01/2018, ending 03/31/2019

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2018**

| A Check if: | | | |
|---|---|---|---|
| **1a** Consolidated return (attach Form 851) | | Name | **B** Employer identification number |
| **b** Life/nonlife consolidated return | TYPE OR PRINT | HORSESHOE BAY FUEL SALES COMPANY | 74-2380686 |
| **2** Personal holding co. (attach Sch. PH) | | Number, street, and room or suite no. If a P.O. box, see instructions. | **C** Date incorporated |
| **3** Personal service corp. (see instructions) | | P.O. BOX 7766 | 08/13/1985 |
| **4** Schedule M-3 attached | | City or town, state, or province, country, and ZIP or foreign postal code | **D** Total assets (see instructions) |
| | | HORSESHOE BAY, TX 78657 | $ 127,288. |

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | |
|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** 1,599,750. | |
| | **b** Returns and allowances | **1b** | |
| | **c** Balance. Subtract line 1b from line 1a | **1c** | 1,599,750. |
| | **2** Cost of goods sold (attach Form 1125-A) | **2** | 851,059. |
| | **3** Gross profit. Subtract line 2 from line 1c | **3** | 748,691. |
| | **4** Dividends and inclusions (Schedule C, line 23, column (a)) | **4** | |
| | **5** Interest | **5** | |
| | **6** Gross rents | **6** | |
| | **7** Gross royalties | **7** | |
| | **8** Capital gain net income (attach Schedule D (Form 1120)) | **8** | |
| | **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **9** | |
| | **10** Other income (see instructions - attach statement) SEE STATEMENT 1. | **10** | 2,541. |
| | **11** **Total income.** Add lines 3 through 10 ▶ | **11** | 751,232. |
| **Deductions (See instructions for limitations on deductions.)** | **12** Compensation of officers (see instructions - attach Form 1125-E) | **12** | |
| | **13** Salaries and wages (less employment credits) | **13** | 154,382. |
| | **14** Repairs and maintenance | **14** | |
| | **15** Bad debts | **15** | |
| | **16** Rents | **16** | |
| | **17** Taxes and licenses SEE STATEMENT 2. | **17** | 10,270. |
| | **18** Interest (see instructions) | **18** | |
| | **19** Charitable contributions | **19** | |
| | **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **20** | |
| | **21** Depletion | **21** | |
| | **22** Advertising | **22** | |
| | **23** Pension, profit-sharing, etc., plans | **23** | |
| | **24** Employee benefit programs SEE STATEMENT 3. | **24** | 14,149. |
| | **25** Reserved for future use | **25** | |
| | **26** Other deductions (attach statement) SEE STATEMENT 3. | **26** | 553,290. |
| | **27** **Total deductions.** Add lines 12 through 26 ▶ | **27** | 732,091. |
| | **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | **28** | 19,141. |
| | **29a** Net operating loss deduction (see instructions) | **29a** | |
| | **b** Special deductions (Schedule C, line 24, column (c)) | **29b** | |
| | **c** Add lines 29a and 29b | **29c** | |
| **Tax, Refundable Credits, and Payments** | **30** **Taxable income.** Subtract line 29c from line 28. See instructions | **30** | 19,141. |
| | **31** Total tax (Schedule J, Part I, line 11) | **31** | 4,020. |
| | **32** 2018 net 965 tax liability paid (Schedule J, Part II, line 12) | **32** | |
| | **33** Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | **33** | 4,130. |
| | **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☒ | **34** | 157. |
| | **35** **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | **35** | 47. |
| | **36** **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | **36** | |
| | **37** Enter amount from line 36 you want: **Credited to 2019 estimated tax** Refunded ▶ | **37** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

TAXPAYER COPY

Signature of officer MORRIS D JAFFE, III    Date    Title PRESIDENT

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

| | | | | |
|---|---|---|---|---|
| **Paid Preparer Use Only** | Print/Type preparer's name ANN M PENA | Preparer's signature *Ann Pena* | Date 01/15/2020 | Check ☐ if self-employed PTIN P00671430 |
| | Firm's name ▶ BDO USA LLP | | | Firm's EIN ▶ 13-5381590 |
| | Firm's address ▶ 9901 IH-10, SUITE 500 SAN ANTONIO, TX 78230 | | | Phone no. 210-342-8000 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120** (2018)

JSA
8C1110 2.000

File: HORSESHOE_BAY_FUEL_SALES_COMPANY_TAX_RETURN_CLIENT_COPY-FORM_1120_2018.pdf   [2022/05/16 21:34:07]

Form 1120 (2018)											Page **2**

| **Schedule C** Dividends, Inclusions, and Special Deductions (see instructions) | **(a)** Dividends and inclusions | **(b)** % | **(c)** Special deductions **(a)** x **(b)** |
|---|---|---|---|
| 1 Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . | | 50 | |
| 2 Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . | | 65 | |
| 3 Dividends on certain debt-financed stock of domestic and foreign corporations . | | see instructions | |
| 4 Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . | | 26.7 | |
| 6 Dividends from less-than-20%-owned foreign corporations and certain FSCs . . | | 50 | |
| 7 Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . | | 100 | |
| 9 **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . | | see instructions | |
| 10 Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . | | 100 | |
| 11 Dividends from affiliated group members . . . . . . . . . . . . . . | | 100 | |
| 12 Dividends from certain FSCs . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . | | 100 | |
| 14 Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . | | | |
| 15 Section 965(a) inclusion . . . . . . . . . . . . . . . . . . | | see instructions | |
| 16 a Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . | | 100 | |
| b Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . | | | |
| c Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . | | | |
| 17 Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 18 Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . | | | |
| 19 IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . | | | |
| 20 Other dividends . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 22 Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . | | | |
| 23 **Total dividends and inclusions.** Add lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 **Total special deductions.** Add lines 9 through 22, column (c). Enter here and on page 1, line 29b . . . . . . . . . | | | |

Form **1120** (2018)

Form 1120 (2018)                                                                                    Page **3**

**Schedule J**  **Tax Computation and Payment** (see instructions)

**Part I–Tax Computation**

| | | | |
|---|---|---|---:|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | |
| 2 | Income tax. See instructions | 2 | 4,020. |
| 3 | Base erosion minimum tax (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 4,020. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 4,020. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Other (see instructions - attach statement) | 9f | |
| 10 | **Total.** Add lines 9a through 9f | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 4,020. |

**Part II–Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---:|
| 12 | 2018 net 965 tax liability paid from Form 965-B, Part II, column (k), line 2. Enter here and on page 1, line 32 | 12 | |

**Part III–Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---:|
| 13 | 2017 overpayment credited to 2018 | 13 | |
| 14 | 2018 estimated tax payments | 14 | |
| 15 | 2018 refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | 4,130. |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | 4,130. |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Form 8827, line 8c | 20c | |
| d | Other (attach statement - see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | 21 | |
| 22 | 2018 net 965 tax liability from Form 965-B, Part I, column (d), line 2. See instructions | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | 23 | 4,130. |

Form **1120** (2018)

Form 1120 (2018)     Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash    **b** ☒ Accrual    **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter:

  **a** Business activity code no. ▶   488100

  **b** Business activity ▶     AIRPORT OPERATIONS

  **c** Product or service ▶     AIRPORT OPERATIONS

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?. . . . . . . . . . . . . .   |   | X

  If "Yes," enter name and EIN of the parent corporation ▶ _____

**4** At the end of the tax year:

  **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G). . . . . . . . . . . . .   X

  **b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G). . . . . . .   X

**5** At the end of the tax year, did the corporation:

  **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below.   |   | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

  **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below.   |   | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . .   |   | X

  If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

  If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . . .   |   | X

  For rules of attribution, see section 318. If "Yes," enter:

  **(a)** Percentage owned ▶ _____ and **(b)** Owner's country ▶ _____

  **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . ▶ ☐

  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____ 1

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . . ▶ ☐

  If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

Form **1120** (2018)

JSA
8C1135 3.000

1328MF   B99T             HOR1189008-SEPARATE

Form 1120 (2018) | Page **5**

| Schedule K | Other Information *(continued from page 4)* | | Yes | No |
|---|---|---|---|---|

**13** Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000?............................ | | | | X

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $

**14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions........... | | | | X

If "Yes," complete and attach Schedule UTP.

**15 a** Did the corporation make any payments in 2018 that would require it to file Form(s) 1099?................ | | | | X

**b** If "Yes," did or will the corporation file required Forms 1099?...................

**16** During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock?................................................. | | | | X

**17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction?.......................... | | | | X

**18** Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million?........................................ | | | | X

**19** During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code?............ | | | | X

**20** Is the corporation operating on a cooperative basis?................................. | | | | X

**21** During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions............................................. | | | | X

If "Yes," enter the total amount of the disallowed deductions ▶ $

**22** Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3))..................................................... | | | | X

If "Yes," complete and attach Form 8991.

**23** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions.......................................... | | | | X

**24** Does the corporation satisfy **one** of the following conditions and the corporation does not own a pass-through entity with current year, or prior year carryover, excess business interest expense? See instructions.............. | | | X |

**a** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year do not exceed $25 million, and the corporation is not a tax shelter.

**b** The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7).

If "No," complete and attach Form 8990.

**25** Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?................... | | | | X

If "Yes," enter amount from Form 8996, line 13.......... ▶ $

Form **1120** (2018)

File: HORSESHOE_BAY_FUEL_SALES_COMPANY_TAX_RETURN_CLIENT_COPY-FORM_1120_2018.pdf  [2022/05/30 23:46:57]

Form 1120 (2018)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **6**

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| **1** Cash | | | | |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | ( ) | | ( ) | |
| **3** Inventories | | 86,822. | | 77,072. |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities (see instructions) | | | | |
| **6** Other current assets (attach statement) | STMT 4 | 21,325. | | 50,216. |
| **7** Loans to shareholders | | | | |
| **8** Mortgage and real estate loans | | | | |
| **9** Other investments (attach statement) | | | | |
| **10a** Buildings and other depreciable assets | | | | |
| **b** Less accumulated depreciation | ( ) | | ( ) | |
| **11a** Depletable assets | | | | |
| **b** Less accumulated depletion | ( ) | | ( ) | |
| **12** Land (net of any amortization) | | | | |
| **13a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | ( ) | | ( ) | |
| **14** Other assets (attach statement) | | | | |
| **15** Total assets | | 108,147. | | 127,288. |
| **Liabilities and Shareholders' Equity** | | | | |
| **16** Accounts payable | | | | |
| **17** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** Other current liabilities (attach statement) | | | | |
| **19** Loans from shareholders | | | | |
| **20** Mortgages, notes, bonds payable in 1 year or more | | | | |
| **21** Other liabilities (attach statement) | | | | |
| **22** Capital stock: **a** Preferred stock | | | | |
| **b** Common stock | | | | |
| **23** Additional paid-in capital | STMT 4 | 178,991. | | 178,991. |
| **24** Retained earnings - Appropriated (attach statement) | | | | |
| **25** Retained earnings - Unappropriated | | −70,844. | | −51,703. |
| **26** Adjustments to shareholders' equity (attach statement) | | | | |
| **27** Less cost of treasury stock | | ( ) | | ( ) |
| **28** Total liabilities and shareholders' equity | | 108,147. | | 127,288. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return
**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** Net income (loss) per books | 19,141. | | **7** Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | | |
| **2** Federal income tax per books | | | | | |
| **3** Excess of capital losses over capital gains | | | | | |
| **4** Income subject to tax not recorded on books this year (itemize): | | | **8** Deductions on this return not charged against book income this year (itemize): | | |
| **5** Expenses recorded on books this year not deducted on this return (itemize): | | | **a** Depreciation $ _____ | | |
| **a** Depreciation $ _____ | | | **b** Charitable contributions $ _____ | | |
| **b** Charitable contributions $ _____ | | | | | |
| **c** Travel and entertainment $ _____ | | | **9** Add lines 7 and 8 | | |
| **6** Add lines 1 through 5 | 19,141. | | **10** Income (page 1, line 28) - line 6 less line 9 | | 19,141. |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| **1** Balance at beginning of year | −70,844. | | **5** Distributions: **a** Cash | | |
| **2** Net income (loss) per books | 19,141. | | **b** Stock | | |
| **3** Other increases (itemize): | | | **c** Property | | |
| | | | **6** Other decreases (itemize): | | |
| | | | **7** Add lines 5 and 6 | | |
| **4** Add lines 1, 2, and 3 | −51,703. | | **8** Balance at end of year (line 4 less line 7) | | −51,703. |

Form **1120** (2018)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.
▶ See instructions on page 2.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| HORSESHOE BAY FUEL SALES COMPANY | 74-2380686 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| HORSESHOE BAY RESORT HOLDINGS, LLC | 74-2993383 | PARTNERSHIP | US | 100.000 |
| JAFFE GROUP, LTD. AND SUBSIDIARIES | 74-2223794 | CORPORATION | US | 75.100 |
| THE MORRIS D. JAFFE, III, TRUST OF D | 74-6357798 | TRUST | US | 75.100 |
| THE JORDAN ELLIOT JAFFE TRUST OF DE | 74-6357800 | TRUST | US | 75.100 |
| THE JUSTIN PHILLIP JAFFE TRUST OF DEC | 74-6357799 | TRUST | US | 75.100 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| MORRIS D. JAFFE, JR. | 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 | US | 75.100 |
| MORRIS D. JAFFE, III | 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 | US | 75.100 |
| JORDAN E. JAFFE | 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 | US | 75.100 |
| JUSTIN P. JAFFE | 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 | US | 75.100 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice,
see the Instructions for Form 1120.

8C2720 1.000    JSA

**Schedule G (Form 1120)** (Rev. 12-2011)

1328MF   B99T

| Form **1125-A** | **Cost of Goods Sold** | |
|---|---|---|
| (Rev. November 2018) | | OMB No. 1545-0123 |
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.<br>▶ Go to *www.irs.gov/Form1125A* for the latest information. | |

| Name | Employer identification number |
|---|---|
| HORSESHOE BAY FUEL SALES COMPANY | 74-2380686 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 86,822. |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 841,309. |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 928,131. |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 77,072. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . . . . . . . . . . | **8** | 851,059. |

**9a** Check all methods used for valuing closing inventory:

    (i) ☐ Cost

    (ii) ☐ Lower of cost or market

    (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

  **b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . **9d**

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

Small business taxpayers. For tax years beginning after December 31, 2017, the following apply.

● A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

● A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

***Small business taxpayer.*** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

● The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

● Real property or personal property (tangible and intangible) acquired for resale.

● The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

**For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2018)

JSA
8X4012 3.000

| Form **2220** | **Underpayment of Estimated Tax by Corporations** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ **Attach to the corporation's tax return.**<br>▶ Go to *www.irs.gov/Form2220* for instructions and the latest information. | **2018** |

| Name | Employer identification number |
|---|---|
| HORSESHOE BAY FUEL SALES COMPANY | 74-2380686 |

**Note:** Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 38, on the estimated tax penalty line of the corporation's income tax return, but **do not** attach Form 2220.

### Part I  Required Annual Payment

| | | | | |
|---|---|---|---:|---:|
| **1** | Total tax (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **1** | 4,020. |
| **2a** | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 . . | **2a** | | |
| **b** | Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or section 167(g) for depreciation under the income forecast method . . . . . | **2b** | | |
| **c** | Credit for federal tax paid on fuels (see instructions) . . . . . . . . . . | **2c** | | |
| **d** | **Total.** Add lines 2a through 2c . . . . . . . . . . . . . . . . . . . . . . . . . . | | **2d** | |
| **3** | Subtract line 2d from line 1. If the result is less than $500, **do not** complete or file this form. The corporation does not owe the penalty . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **3** | 4,020. |
| **4** | Enter the tax shown on the corporation's 2017 income tax return. See instructions. **Caution: If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5** . . . . . | | **4** | |
| **5** | **Required annual payment.** Enter the **smaller** of line 3 or line 4. If the corporation is required to skip line 4, enter the amount from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **5** | 4,020. |

### Part II  Reasons for Filing - Check the boxes below that apply. If any boxes are checked, the corporation **must** file Form 2220 even if it does not owe a penalty. See instructions.

| | | |
|---|---|---|
| **6** | ☐ | The corporation is using the adjusted seasonal installment method. |
| **7** | ☐ | The corporation is using the annualized income installment method. |
| **8** | ☐ | The corporation is a "large corporation" figuring its first required installment based on the prior year's tax. |

### Part III  Figuring the Underpayment

| | | | **(a)** | **(b)** | **(c)** | **(d)** |
|---|---|---|---:|---:|---:|---:|
| **9** | **Installment due dates.** Enter in columns (a) through (d) the 15th day of the 4th (*Form 990-PF filers:* Use 5th month), 6th, 9th, and 12th months of the corporation's tax year | **9** | 07/15/2018 | 09/15/2018 | 12/15/2018 | 03/15/2019 |
| **10** | **Required installments.** If the box on line 6 and/or line 7 above is checked, enter the amounts from Schedule A, line 38. If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter. If none of these boxes are checked, enter 25% (0.25) of line 5 above in each column . . . . . . . . . . . . . . . | **10** | 1,005. | 1,005. | 1,005. | 1,005. |
| **11** | Estimated tax paid or credited for each period. For column (a) only, enter the amount from line 11 on line 15. See instructions . . . . . . | **11** | | | | |
| | *Complete lines 12 through 18 of one column before going to the next column.* | | | | | |
| **12** | Enter amount, if any, from line 18 of the preceding column . . . | **12** | | | | |
| **13** | Add lines 11 and 12 . . . . . . . . . . . . | **13** | | | | |
| **14** | Add amounts on lines 16 and 17 of the preceding column | **14** | | 1,005. | 2,010. | 3,015. |
| **15** | Subtract line 14 from line 13. If zero or less, enter -0- . . . | **15** | | | | |
| **16** | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- . . . . . . . | **16** | | 1,005. | 2,010. | |
| **17** | **Underpayment.** If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 . . . . . . . . . . . . . . | **17** | 1,005. | 1,005. | 1,005. | 1,005. |
| **18** | **Overpayment.** If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column . . . . . . . . . . . . . . | **18** | | | | |

**Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17 - no penalty is owed.**

For Paperwork Reduction Act Notice, see separate instructions.    Form **2220** (2018)

Form 2220 (2018)                                                                                                Page **2**

## Part IV  Figuring the Penalty

|  |  | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 19 | Enter the date of payment or the 15th day of the 4th month after the close of the tax year, whichever is earlier. **(C Corporations with tax years ending June 30 and S corporations:** Use 3rd month instead of 4th month. **Form 990-PF and Form 990-T filers:** Use 5th month instead of 4th month.) See instructions . . . . . . **19** | 07/15/2019 | 07/15/2019 | 07/15/2019 | 07/15/2019 |
| 20 | Number of days from due date of installment on line 9 to the date shown on line 19 . . . . . . . . . . . . . . . . . . **20** | 365 | 303 | 212 | 122 |
| 21 | Number of days on line 20 after 4/15/2018 and before 7/1/2018 **21** |  |  |  |  |
| 22 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 21}}{365}$ x 5% (0.05) **22** | $ | $ | $ | $ |
| 23 | Number of days on line 20 after 6/30/2018 and before 10/1/2018 **23** | 77 | 15 |  |  |
| 24 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 23}}{365}$ x 5% (0.05) **24** | $ 11. | $ 2. | $ | $ |
| 25 | Number of days on line 20 after 9/30/2018 and before 1/1/2019 **25** | 92 | 92 | 16 |  |
| 26 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 25}}{365}$ x 5% (0.05) **26** | $ 13. | $ 13. | $ 2. | $ |
| 27 | Number of days on line 20 after 12/31/2018 and before 4/1/2019 **27** | 90 | 90 | 90 | 16 |
| 28 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 27}}{365}$ x 6% (0.06) **28** | $ 15. | $ 15. | $ 15. | $ 3. |
| 29 | Number of days on line 20 after 3/31/2019 and before 7/1/2019 **29** | 91 | 91 | 91 | 91 |
| 30 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 29}}{365}$ x *% **30** | $ 15. | $ 15. | $ 15. | $ 15. |
| 31 | Number of days on line 20 after 6/30/2019 and before 10/1/2019 **31** | 15 | 15 | 15 | 15 |
| 32 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 31}}{365}$ x *% **32** | $ 2. | $ 2. | $ 2. | $ 2. |
| 33 | Number of days on line 20 after 9/30/2019 and before 1/1/2020 **33** |  |  |  |  |
| 34 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 33}}{365}$ x *% **34** | $ | $ | $ | $ |
| 35 | Number of days on line 20 after 12/31/2019 and before 3/16/2020 **35** |  |  |  |  |
| 36 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 35}}{366}$ x *% **36** | $ | $ | $ | $ |
| 37 | Add lines 22, 24, 26, 28, 30, 32, 34, and 36 . . . . . . . . . **37** | $ 56. | $ 47. | $ 34. | $ 20. |
| 38 | **Penalty.** Add columns (a) through (d) of line 37. Enter the total here and on Form 1120, line 34; or the comparable line for other income tax returns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **38** $ | | | | 157. |

*Use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at **www.irs.gov.** You can also call 1-800-829-4933 to get interest rate information.

Form **2220** (2018)

# 2018 Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHOENIX 8000 CARD SY | 06/26/1996 | 4,998. | 100. | | | 4,998. | 4,998. | 4,998. | 200 DB | HY | | | 5 | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Less: Retired Assets . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS . . . . . . . . . . . . . . . .** | | **4,998.** | | | | **4,998.** | **4,998.** | **4,998.** | | | | | | | |

*Assets Retired

JSA
8C9027 1.000

## 2018 Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION    - GRAND TOTAL PROPERTY DETAIL

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OTHER THAN LISTED PROPERTY | | | | | | | | | | | | | | | |
| GROSS | | 4,998. | | | | 4,998. | 4,998. | 4,998. | | | | | | | |
| LESS: RETIRED ASSETS | | | | | | | | | | | | | | | |
| CURRENT YEAR SPECIAL DEPRECIATION ALLOWANCE | | | | | | | | | | | | | | | |
| SUB TOTAL: | | 4,998. | | | | 4,998. | 4,998. | 4,998. | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| GROSS AMOUNTS | | 4,998. | | | | 4,998. | 4,998. | 4,998. | | | | | | | |
| Less: Retired Assets . . . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . . | | 4,998. | | | | 4,998. | 4,998. | 4,998. | | | | | | | |

*Assets Retired

JSA
8C9027 1.000

1320MF  B99T

```
FORM 1120, PAGE 1 DETAIL
=============================================================================

LINE 10 - OTHER INCOME
----------------------
   OTHER INCOME                                                2,541.
                                                       ---------------
      TOTAL                                                    2,541.
                                                       ===============
```

          1328MF   B99T                        HOR1189008-SEPARATE
File: HORSESHOE_BAY_FUEL_SALES_COMPANY_TAX_RETURN_CLIENT_COPY-FORM_1120_2018.pdf   [2022/05/30 12:34:46]

```
FORM 1120, PAGE 1 DETAIL
==============================================================================


LINE 17 - TAXES AND LICENSES
----------------------------
   CORPORATE INCOME TAX                                      10,270.
                                                       ----------------
     TOTAL                                                   10,270.
                                                       ================
```

STATEMENT   2

  1328MF   B99T                              HOR1189008-SEPARATE
File: HORSESHOE_BAY_FUEL_SALES_COMPANY_TAX_RETURN_CLIENT_COPY-FORM_1120_2018.pdf   [2022/05/30 12:34:06]

```
FORM 1120, PAGE 1 DETAIL
==============================================================================


LINE 24 - EMPLOYEE BENEFIT PROGRAMS
-----------------------------------
    EMPLOYEE INSURANCE                                      14,149.
                                                    ----------------
       TOTAL                                               14,149.
                                                    ================


LINE 26 - OTHER DEDUCTIONS
--------------------------
    WORKMAN'S COMP INSURANCE                                4,210.
    UNIFORMS                                                  142.
    POSTAGE                                                     7.
    FUEL MANAGEMENT FEE                                   548,931.
                                                    ----------------
       TOTAL                                              553,290.
                                                    ================
```

STATEMENT   3

```
FORM 1120, PAGE 6 DETAIL
========================================================================


SCH L, LINE 6 -
OTHER CURRENT ASSETS                      BEGINNING          ENDING
---------------------                  ----------------   ----------------
   DUE TO/FROM HSB DESTINATIONS               21,325.            50,216.
                                       ----------------   ----------------
      TOTAL                                   21,325.            50,216.
                                       ================   ================

SCH L, LINE 23 -
ADDITIONAL PAID-IN CAPITAL
--------------------------
   ADDITIONAL PAID IN CAPITAL               178,991.           178,991.
                                       ----------------   ----------------
      TOTAL                                 178,991.           178,991.
                                       ================   ================
```

STATEMENT    4



Tel: 210-342-8000          9901 IH-10, Suite 500
Fax: 210-342-0866          San Antonio, TX 78230
**www.bdo.com**

January 7, 2021

Horseshoe Bay Fuel Sales Company
P.O. BOX 7766
HORSESHOE BAY, TX 78657

**RE:  Horseshoe Bay Fuel Sales Company**

Dear Brian,

Enclosed are the following corporate returns prepared on behalf of Horseshoe Bay Fuel Sales
Company for the year ended March 31, 2020.

      2019 U.S. Corporation Income Tax Return
      2019 IRS e-file Signature Authorization for Form 1120

The federal return will be electronically filed on your behalf.  The state and/or city returns should
be signed and dated in accordance with the enclosed filing instructions.  The taxpayer's copy of
the return should be retained for your records.

After reviewing your return(s) for accuracy, please sign any and all e-file authorization forms and
return them to us via mail (pre-addressed envelope provided), fax (210-342-0866 Attn: Tax
Administrator), or email  (SAT-Tax-Mail@bdo.com) confirming your return(s) can be filed
electronically. The signed e-file authorization forms must be returned to us prior to us
electronically filing your return.

These return(s) were prepared from information provided by you or your representative.  The
preparation of tax returns does not include the independent verification of information used.
Therefore, we recommend you review the return(s) before signing to ensure there are no
omissions or misstatements.  If you note anything which may require a change to the return(s),
please contact us before filing them.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we
may be of further assistance.

Sincerely,

BDO USA, LLP



Tel: 210-342-8000          9901 IH-10, Suite 500
Fax: 210-342-0866          San Antonio, TX 78230
**www.bdo.com**

Horseshoe Bay Fuel Sales Company
Instructions for Filing
Form 8879-C
IRS e-file Signature Authorization for Form 1120
for the year ended March 31, 2020

The original form should be signed (using full name and title) and dated by an authorized officer of the corporation.

The signed form should be returned on or before January 15, 2021 to:

BDO USA LLP
9901 IH-10, Suite 500
San Antonio, TX 78230


Or email to:  SAT-Tax-Mail@bdo.com

This return indicates a tax due in the amount of $5,257.  A payment in the amount of $5,257 should be made using the Electronic  Federal Tax Payment System (EFTPS).  To avoid assessment of a penalty, the payment must be made timely and in the required manner through the EFTPS.  If you have any questions regarding the new electronic funds transfer requirements, we suggest that you contact our office or the Internal Revenue Service before transmitting payment.

January 15, 2021          $5,257

Do NOT separately file Form 1120 with the Internal Revenue Service.  Doing so will delay the processing of your return.

We must receive your signed form before we can electronically transmit your return.  The Internal Revenue Service will notify us when your return is accepted.  Your return is not considered filed until the Internal Revenue Service confirms their acceptance.

Form **8879-C**

Department of the Treasury
Internal Revenue Service

## IRS *e-file* Signature Authorization for Form 1120

For calendar year 2019, or tax year beginning  04/01/2019 2019, ending  03/31/2020

● Do not send to the IRS. Keep for your records.
● Go to *www.irs.gov/Form8879C* for the latest information.

OMB No. 1545-0123

● ● ● ●

| Name of corporation | Employer identification number |
|---|---|
| HORSESHOE BAY FUEL SALES COMPANY | 74-2380686 |

**Part I**  Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) | 1 | 849,275. |
| 2 | Taxable income (Form 1120, line 30) | 2 | 24,408. |
| 3 | Total tax (Form 1120, line 31) | 3 | 5,126. |
| 4 | Amount owed (Form 1120, line 35) | 4 | 5,257. |
| 5 | Overpayment (Form 1120, line 36) | 5 | |

**Part II**  Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize  BDO USA LLP  to enter my PIN  5 6 1 3 6  as my signature
  ERO firm name                                             do not enter all zeros
  on the corporation's 2019 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ● **TAXPAYER COPY**  Date ●  Title ● PRESIDENT

**Part III**  Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.  7 0 2 6 3 5 1 3 5 3 8
                                                                                   do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of Pub. 3112, IRS *e-file* Application and Participation, and Pub. 4163, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ● *Ann Peña*  Date ●  01/13/2021 ap

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.  Form **8879-C** (2019)

Form **1120**
Department of the Treasury
Internal Revenue Service

### U.S. Corporation Income Tax Return

For calendar year 2019 or tax year beginning 04/01/2019, ending 03/31/2020

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**A Check if:**
1a Consolidated return (attach Form 851) ⬤
b Life/nonlife consolidated return ⬤
2 Personal holding co. (attach Sch. PH) ⬤
3 Personal service corp. (see instructions) ⬤

4 Schedule M-3 attached ⬤

TYPE OR PRINT

Name
HORSESHOE BAY FUEL SALES COMPANY

Number, street, and room or suite no. If a P.O. box, see instructions.
P.O. BOX 7766

City or town, state or province, country, and ZIP or foreign postal code
HORSESHOE BAY, TX 78657

**B Employer identification number**
74-2380686

**C Date incorporated**
08/13/1985

**D Total assets (see instructions)**
$ 147,566.

**E Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** | 1,675,848. | |
| | **b** Returns and allowances | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | | **1c** 1,675,848. |
| | **2** Cost of goods sold (attach Form 1125-A) | | | **2** 826,573. |
| | **3** Gross profit. Subtract line 2 from line 1c | | | **3** 849,275. |
| | **4** Dividends and inclusions (Schedule C, line 23) | | | **4** |
| | **5** Interest | | | **5** |
| | **6** Gross rents | | | **6** |
| | **7** Gross royalties | | | **7** |
| | **8** Capital gain net income (attach Schedule D (Form 1120)) | | | **8** |
| | **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | **9** |
| | **10** Other income (see instructions - attach statement) | | | **10** |
| | **11** Total income. Add lines 3 through 10 | | | **11** 849,275. |
| **Deductions (See instructions for limitations on deductions.)** | **12** Compensation of officers (see instructions - attach Form 1125-E) | | | **12** |
| | **13** Salaries and wages (less employment credits) | | | **13** 152,903. |
| | **14** Repairs and maintenance | | | **14** |
| | **15** Bad debts | | | **15** |
| | **16** Rents | | | **16** |
| | **17** Taxes and licenses | SEE STATEMENT 1 | | **17** 13,204. |
| | **18** Interest (see instructions) | | | **18** |
| | **19** Charitable contributions | | | **19** |
| | **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | **20** |
| | **21** Depletion | | | **21** |
| | **22** Advertising | | | **22** |
| | **23** Pension, profit-sharing, etc., plans | | | **23** |
| | **24** Employee benefit programs | SEE STATEMENT 2 | | **24** 23,738. |
| | **25** Reserved for future use | | | **25** |
| | **26** Other deductions (attach statement) | SEE STATEMENT 3 | | **26** 635,022. |
| | **27** Total deductions. Add lines 12 through 26 | | | **27** 824,867. |
| | **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | **28** 24,408. |
| | **29a** Net operating loss deduction (see instructions) | **29a** | | |
| | **b** Special deductions (Schedule C, line 24) | **29b** | | |
| | **c** Add lines 29a and 29b | | | **29c** |
| **Tax, Refundable Credits, and Payments** | **30** Taxable income. Subtract line 29c from line 28. See instructions | | | **30** 24,408. |
| | **31** Total tax (Schedule J, Part I, line 11) | | | **31** 5,126. |
| | **32** 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | | | **32** |
| | **33** Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | | | **33** NONE |
| | **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☒ | | | **34** 131. |
| | **35** Amount owed. If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | | | **35** 5,257. |
| | **36** Overpayment. If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | | | **36** |
| | **37** Enter amount from line 36 you want: Credited to 2020 estimated tax ▶ | Refunded ▶ | | **37** |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

TAXPAYER COPY

Signature of officer   MORRIS D JAFFE, JR    Date

Title   PRESIDENT

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| ANN M PENA | *Ann Pena* | 01/13/2021 | | P00671430 |

Firm's name ▶ BDO USA LLP
Firm's EIN ▶ 13-5381590

Firm's address ▶ 9901 IH-10, SUITE 500
SAN ANTONIO, TX 78230
Phone no. 210-342-8000

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120** (2019)

JSA
9C1110 2.000

Form 1120 (2019)    Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | see instructions | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16 a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2019)

Form 1120 (2019) Page **3**

**Schedule J** | **Tax Computation and Payment** (see instructions)

**Part I-Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ●● ▢ | | |
| 2 | Income tax. See instructions ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●● | 2 | 5,126. |
| 3 | Base erosion minimum tax amount (attach Form 8991) ●●●●●●●●●●●●●●●●●●●●●●● | 3 | |
| 4 | Add lines 2 and 3 ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●● | 4 | 5,126. |
| 5a | Foreign tax credit (attach Form 1118) ●●●●●●●●●●●●●● | 5a | |
| b | Credit from Form 8834 (see instructions) ●●●●●●●●●●● | 5b | |
| c | General business credit (attach Form 3800) ●●●●●●●●●● | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) ●●●● | 5d | |
| e | Bond credits from Form 8912 ●●●●●●●●●●●●●●● | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e ●●●●●●●●●●●●●●●●●●●●●●●●●●●● | 6 | |
| 7 | Subtract line 6 from line 4 ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●● | 7 | 5,126. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) ●●●●●●●●●●●●●●● | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) ●●●●●● | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) ●●●● | 9b | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) ●●●●●●●●●●●●●●●●●●●●● | 9c | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) ●●●●●●●●●●●●●●●●●●●●●●●●● | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) ●●●● | 9e | |
| f | Other (see instructions - attach statement) ●●●●●●●●●●●● | 9f | |
| 10 | **Total.** Add lines 9a through 9f ●●●●●●●●●●●●●●●●●●●●●●●● | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 ●●●●●●●●●●● | 11 | 5,126. |

**Part II-Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32 | 12 | |

**Part III-Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| 13 | 2018 overpayment credited to 2019 ●●●●●●●●●●●●●●● | 13 | |
| 14 | 2019 estimated tax payments ●●●●●●●●●●●●●●●●● | 14 | |
| 15 | 2019 refund applied for on Form 4466 ●●●●●●●●●●●● | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 ●●●●●●●●●●●●●●●●●● | 16 | |
| 17 | Tax deposited with Form 7004 ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●● | 17 | NONE |
| 18 | Withholding (see instructions) ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●● | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 ●●●●●●●●●●●●●●●●●●●●●●●●● | 19 | NONE |
| 20 | Refundable credits from: | | |
| a | Form 2439 ●●●●●●●●●●●●●●●●●●●● | 20a | |
| b | Form 4136 ●●●●●●●●●●●●●●●●●●●● | 20b | |
| c | Form 8827, line 5c ●●●●●●●●●●●●●● | 20c | |
| d | Other (attach statement - see instructions) ●●●●●●●● | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d ●●●●●●●●●●●●●●●●●●●●●●●●● | 21 | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 ●●●●●●●●●●●●●●●●●●● | 23 | NONE |

Form **1120** (2019)

Form 1120 (2019)                                                                                                     Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | | | Yes | No |
|---|---|---|---|---|---|---|---|

**1** Check accounting method: a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ●_____

**2** See the instructions and enter the:

**a** Business activity code no. ● 488100

**b** Business activity ● AIRPORT OPERATIONS

**c** Product or service ● AIRPORT OPERATIONS

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ●●●●●●●●●●●●●●● | | X

If "Yes," enter name and EIN of the parent corporation ●_____

_____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) ●●●●●●●●●●●●●● | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) ●●●●● | X

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 ●●●●●●●●●●● | | X

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? ●●●●●● | | X

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ●_____ and **(b)** Owner's country ●_____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ●_____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ●●●●●●●●●●●● ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ●  $_____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ●_____ | 1

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ●●●●● ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●  $_____

Form **1120** (2019)

Form 1120 (2019)                                                                   Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ● $_____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15 a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ● $_____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," to any, complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 14 ● $_____ | | |

Form **1120** (2019)

JSA
9C1136 1.000

1328MF     B99T                                             HOR1189008-SEPARATE

Form 1120 (2019)

## Schedule L  Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | 77,072. | | 64,395. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | STMT 3 | 50,216. | | 83,171. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( | ) | ( | ) |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 127,288. | | 147,566. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock:  a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | STMT 3 | 178,991. | | 178,991. |
| 24 | Retained earnings - Appropriated (attach statement) | | | | |
| 25 | Retained earnings - Unappropriated | | −51,703. | | −31,425. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 127,288. | | 147,566. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 20,278. | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 | Federal income tax per books | 4,130. | Tax-exempt interest $ _____ | | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation $ _____ | | |
| a | Depreciation $ _____ | | b Charitable contributions $ _____ | | |
| b | Charitable contributions $ _____ | | | | |
| c | Travel and entertainment $ _____ | | 9 Add lines 7 and 8 | | |
| 6 | Add lines 1 through 5 | 24,408. | 10 Income (page 1, line 28) - line 6 less line 9 | | 24,408. |

## Schedule M-2  Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | −51,703. | 5 Distributions:  a Cash | | |
| 2 | Net income (loss) per books | 20,278. | b Stock | | |
| 3 | Other increases (itemize): _____ | | c Property | | |
| | | | 6 Other decreases (itemize): _____ | | |
| | | | 7 Add lines 5 and 6 | | |
| 4 | Add lines 1, 2, and 3 | −31,425. | 8 Balance at end of year (line 4 less line 7) | | −31,425. |

Form **1120** (2019)

**SCHEDULE G
(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Information on Certain Persons Owning the Corporation's Voting Stock
● Attach to Form 1120.
● See instructions on page 2.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| HORSESHOE BAY FUEL SALES COMPANY | 74-2380686 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| HORSESHOE BAY RESORT HOLDINGS, LLC | 74-2993383 | PARTNERSHIP | US | 100.000 |
| JAFFE GROUP, LTD. AND SUBSIDIARIES | 74-2223794 | CORPORATION | US | 75.100 |
| THE MORRIS D. JAFFE, III, TRUST OF D | 74-6357798 | TRUST | US | 75.100 |
| THE JORDAN ELLIOT JAFFE TRUST OF DE | 74-6357800 | TRUST | US | 75.100 |
| THE JUSTIN PHILLIP JAFFE TRUST OF DEC | 74-6357799 | TRUST | US | 75.100 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| MORRIS D. JAFFE, JR. | 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 | US | 75.100 |
| MORRIS D. JAFFE, III | 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 | US | 75.100 |
| JORDAN E. JAFFE | 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 | US | 75.100 |
| JUSTIN P. JAFFE | 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 | US | 75.100 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice,
see the Instructions for Form 1120.        9C2720 1.000        JSA        Schedule G (Form 1120) (Rev. 12-2011)

Form **1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

● Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
● Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| HORSESHOE BAY FUEL SALES COMPANY | 74-2380686 |

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 77,072. |
| 2 | Purchases | 813,896. |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | |
| 6 | **Total.** Add lines 1 through 5 | 890,968. |
| 7 | Inventory at end of year | 64,395. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 826,573. |

**9a** Check all methods used for valuing closing inventory:

   *(i)* ☐ Cost

   *(ii)* ☐ Lower of cost or market

   *(iii)* ☐ Other (Specify method used and attach explanation.)

**b** Check if there was a writedown of subnormal goods

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
under LIFO . . . . . . . . . **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions  ☐ Yes  ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes,"
attach explanation  ☐ Yes  ☒ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

Small business taxpayers. For tax years beginning after December 31, 2017, the following apply.

● A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

● A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

● The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

● Real property or personal property (tangible and intangible) acquired for resale.

● The production of real and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

**For Paperwork Reduction Act Notice, see instructions.**

JSA
9X4012 1.000

Form **1125-A** (Rev. 11-2018)

Form **2220**

Department of the Treasury
Internal Revenue Service

## Underpayment of Estimated Tax by Corporations

● Attach to the corporation's tax return.
● Go to *www.irs.gov/Form2220* for instructions and the latest information.

OMB No. 1545-0123

● ● ● ●

| Name | Employer identification number |
|---|---|
| HORSESHOE BAY FUEL SALES COMPANY | 74-2380686 |

**Note:** Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 38, on the estimated tax penalty line of the corporation's income tax return, but **do not** attach Form 2220.

### Part I  Required Annual Payment

| | | | | |
|---|---|---|---|---|
| 1 | Total tax (see instructions) | | 1 | 5,126. |
| 2a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 | 2a | | |
| b | Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or section 167(g) for depreciation under the income forecast method | 2b | | |
| c | Credit for federal tax paid on fuels (see instructions) | 2c | | |
| d | **Total.** Add lines 2a through 2c | | 2d | |
| 3 | Subtract line 2d from line 1. If the result is less than $500, **do not** complete or file this form. The corporation does not owe the penalty | | 3 | 5,126. |
| 4 | Enter the tax shown on the corporation's 2018 income tax return. See instructions. **Caution:** If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5 | | 4 | 4,020. |
| 5 | **Required annual payment.** Enter the smaller of line 3 or line 4. If the corporation is required to skip line 4, enter the amount from line 3 | | 5 | 4,020. |

### Part II  Reasons for Filing - Check the boxes below that apply. If any boxes are checked, the corporation **must** file Form 2220 even if it does not owe a penalty. See instructions.

| | | |
|---|---|---|
| 6 | | The corporation is using the adjusted seasonal installment method. |
| 7 | | The corporation is using the annualized income installment method. |
| 8 | | The corporation is a "large corporation" figuring its first required installment based on the prior year's tax. |

### Part III  Figuring the Underpayment

| | | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 9 | Installment due dates. Enter in columns (a) through (d) the 15th day of the 4th (*Form 990-PF filers:* Use 5th month), 6th, 9th, and 12th months of the corporation's tax year | 9 | 07/15/2019 | 09/15/2019 | 12/15/2019 | 03/15/2020 |
| 10 | Required installments. If the box on line 6 and/or line 7 above is checked, enter the amounts from Schedule A, line 38. If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter. If none of these boxes are checked, enter 25% (0.25) of line 5 above in each column | 10 | 1,005. | 1,005. | 1,005. | 1,005. |
| 11 | Estimated tax paid or credited for each period. For column (a) only, enter the amount from line 11 on line 15. See instructions | 11 | | | | |
| | *Complete lines 12 through 18 of one column before going to the next column.* | | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding column | 12 | | | | |
| 13 | Add lines 11 and 12 | 13 | | | | |
| 14 | Add amounts on lines 16 and 17 of the preceding column | 14 | | 1,005. | 2,010. | 3,015. |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | 15 | | | | |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- | 16 | | 1,005. | 2,010. | |
| 17 | **Underpayment.** If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 | 17 | 1,005. | 1,005. | 1,005. | 1,005. |
| 18 | **Overpayment.** If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column | 18 | | | | |

*Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17 - no penalty is owed.*

For Paperwork Reduction Act Notice, see separate instructions.

Form **2220** (2019)

JSA
9X8006 1.000

1328MF    B99T

HOR1189008-SEPARATE

Form 2220 (2019)                                                                                                    Page **2**

## Part IV   Figuring the Penalty

|    |                                                                                                                                                                                                                                                                 | (a) | (b) | (c) | (d) |
|----|-----|-----|-----|-----|
| 19 | Enter the date of payment or the 15th day of the 4th month after the close of the tax year, whichever is earlier. **(C corporations with tax years ending June 30 and S corporations:** Use 3rd month instead of 4th month. **Form 990-PF and Form 990-T filers:** Use 5th month instead of 4th month.) See instructions | | | | |
| 20 | Number of days from due date of installment on line 9 to the date shown on line 19 | | | | |
| 21 | Number of days on line 20 after 4/15/2019 and before 7/1/2019 | | | | |
| 22 | Underpayment on line 17 x $\frac{\text{Number of days on line 21}}{365}$ x 6% (0.06) | $ | $ | $ | $ |
| 23 | Number of days on line 20 after 6/30/2019 and before 10/1/2019 | | | | |
| 24 | Underpayment on line 17 x $\frac{\text{Number of days on line 23}}{365}$ x 5% (0.05) | $ | $ | $ | $ |
| 25 | Number of days on line 20 after 9/30/2019 and before 1/1/2020 | | | | |
| 26 | Underpayment on line 17 x $\frac{\text{Number of days on line 25}}{365}$ x 5% (0.05) | $ | $ | $ | $ |
| 27 | Number of days on line 20 after 12/31/2019 and before 4/1/2020 | | | | |
| 28 | Underpayment on line 17 x $\frac{\text{Number of days on line 27}}{366}$ x 5% (0.05) | $ | $ | $ | $ |
| 29 | Number of days on line 20 after 3/31/2020 and before 7/1/2020 | | | | |
| 30 | Underpayment on line 17 x $\frac{\text{Number of days on line 29}}{366}$ x *% | $ | $ | $ | $ |
| 31 | Number of days on line 20 after 6/30/2020 and before 10/1/2020 | | | | |
| 32 | Underpayment on line 17 x $\frac{\text{Number of days on line 31}}{366}$ x *% | $ | $ | $ | $ |
| 33 | Number of days on line 20 after 9/30/2020 and before 1/1/2021 | | | | |
| 34 | Underpayment on line 17 x $\frac{\text{Number of days on line 33}}{366}$ x *% | $ | $ | $ | $ |
| 35 | Number of days on line 20 after 12/31/2020 and before 3/16/2021 | | | | |
| 36 | Underpayment on line 17 x $\frac{\text{Number of days on line 35}}{365}$ x *% | $ | $ | $ | $ |
| 37 | Add lines 22, 24, 26, 28, 30, 32, 34, and 36 | $      49. | $      40. | $      27. | $      15. |
| 38 | **Penalty.** Add columns (a) through (d) of line 37. Enter the total here and on Form 1120, line 34; or the comparable line for other income tax returns . . . . . . . . . . . . . STMT 4 . . . . . . . . . . . . . . . . . 38 | | | | $      131. |

*Use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at *www.irs.gov.* You can also call 1-800-829-4933 to get interest rate information.

Form **2220** (2019)

JSA
9X8007 1.000

**2019 Depreciation**

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHOENIX 8000 CARD SY | 06/26/1996 | 4,998. | 100. | | | 4,998. | 4,998. | 4,998. | 200 DB | HY | | | 5 | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **Less: Retired Assets** | | | | | | | | | | | | | | | |
| **TOTALS** | | 4,998. | | | | 4,998. | 4,998. | 4,998. | | | | | | | |

*Assets Retired

JSA
9C9027 1.000

1328MF  B99T

## 2019 Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION        - GRAND TOTAL PROPERTY DETAIL

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OTHER THAN LISTED PROPERTY | | | | | | | | | | | | | | | |
| GROSS | | 4,998. | | | | 4,998. | 4,998. | 4,998. | | | | | | | |
| LESS: RETIRED ASSETS | | | | | | | | | | | | | | | |
| CURRENT YEAR SPECIAL DEPRECIATION ALLOWANCE | | | | | | | | | | | | | | | |
| SUB TOTAL: | | 4,998. | | | | 4,998. | 4,998. | 4,998. | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| GROSS AMOUNTS | | 4,998. | | | | 4,998. | 4,998. | 4,998. | | | | | | | |
| Less: Retired Assets | | | | | | | | | | | | | | | |
| TOTALS | | 4,998. | | | | 4,998. | 4,998. | 4,998. | | | | | | | |

*Assets Retired

JSA
9C9027 1.000

1328MF  B99T

```
FORM 1120, PAGE 1 DETAIL
========================================================================


LINE 17 - TAXES AND LICENSES
----------------------------
  PAYROLL TAXES                                               13,204.
                                                          ---------------
    TOTAL                                                     13,204.
                                                          ===============
```

```
FORM 1120, PAGE 1 DETAIL
========================================================================


LINE 24 - EMPLOYEE BENEFIT PROGRAMS
-----------------------------------
   EMPLOYEE INSURANCE                                       23,738.
                                                       ----------------
      TOTAL                                                 23,738.
                                                       ================


LINE 26 - OTHER DEDUCTIONS
--------------------------
   WORKMAN'S COMP INSURANCE                                  3,816.
   UNIFORMS                                                  5,067.
   FUEL MANAGEMENT FEE                                     626,139.
                                                       ----------------
      TOTAL                                                635,022.
                                                       ================
```

```
FORM 1120, PAGE 6 DETAIL
========================================================================
```

| SCH L, LINE 6 —<br>OTHER CURRENT ASSETS | BEGINNING | ENDING |
|---|---|---|
| DUE TO/FROM HSB DESTINATIONS | 50,216. | 83,171. |
| TOTAL | 50,216. | 83,171. |

| SCH L, LINE 23 —<br>ADDITIONAL PAID-IN CAPITAL | | |
|---|---|---|
| ADDITIONAL PAID IN CAPITAL | 178,991. | 178,991. |
| TOTAL | 178,991. | 178,991. |

STATEMENT   3

FORM 2220, PAGE 2 PENALTY DETAIL
================================================================================

| COLUMN | AMOUNT APPLIED | REMAINING UNDERPAYMENT | PAYMENT DATE | DAYS LATE | PENALTY |
|--------|------|------|------|------|------|
| (A)    | NONE  | 1,005. | 07/15/2020 | 366 | NONE |
|        | 1,005. | 1,005. | 07/15/2020 | 366 | 49. |
|        | 1,005. |  |  |  | 49. |
| (B)    | NONE  | 1,005. | 07/15/2020 | 304 | NONE |
|        | 1,005. | 1,005. | 07/15/2020 | 304 | 40. |
|        | 1,005. |  |  |  | 40. |
| (C)    | 1,005. | 1,005. | 07/15/2020 | 213 | 27. |
|        | 1,005. |  |  |  | 27. |
| (D)    | 1,005. | 1,005. | 07/15/2020 | 122 | 15. |
|        | 1,005. |  |  |  | 15. |
| TOTAL  |  |  |  |  | 131. |

FY/E 3-31-19 /

## Consolidated Schedules
## Sch. M1 and M-2 Summary

JAFFE GROUP, LLC & SUBSIDIARIES

| | COMBINED | JAFFE GROUP ELIMINATIONS | ADJUSTMENTS | JAFFE GROUP, LLC & SUBSIDIARIES |
|---|---|---|---|---|
| **Schedule M-1** | | | | |
| 1  Net Income per books | -30,059,460. | 32,695,751. | | 2,636,291. |
| 2  Federal Income Tax | 25,751,328. | | | 25,751,328. |
| 3  Excess Capital Losses | | | | |
| 4  Income Subject to Tax not on Books | | | | |
| 5  Expenses Recorded on Books not Deducted on Return | | | | |
|   a Depreciation | | | | |
|   b Charitable Contributions | | | | |
|   c Travel and Entertainment | | | | |
|   Other | | | | |
| 6  Total Lines 1-5 | -4,308,132. | 32,695,751. | | 28,387,619. |
| 7  Income Recorded on Books not Included on Return | | | | |
|   a Tax-exempt Interest | | | | |
|   Other | | | | |
| 8  Deductions on Return not on Books | | | | |
|   a Depreciation | | | | |
|   b Charitable Contributions | | | | |
|   Other | | | | |
| 9  Total Lines 7 and 8 | | | | |
| 10 Income (Line 28, Page 1) | -4,308,132. | 32,695,751. | | 28,387,619. |
| **Schedule M-2** | | | | |
| 1  Balance at beginning of year | | | | |
| 2  Net Income per Books | | | | |
| 3  Other Increases | | | | |
| 4  Total Lines 1-3 | | | | |
| 5  Distributions | | | | |
|   a Cash | | | | |
|   b Stock | | | | |
|   c Property | | | | |
| 6  Other Decreases | | | | |
| 7  Total lines 5 and 6 | | | | |
| 8  Balance at end of year | -4,308,132. | 32,695,751. | | 28,387,619. |

B997

7083GI

STATEMENT   30

JSA
8C0981.000

**Consolidated Schedules**
**Sch. M1 and M-2 Summary**

| | JAFFE GROUP, LTD 74-2223794 | JAFFE REALTY INC. AND SUBSIDIARY 74-2540989 | INTERNATIONAL CONTRACTORS, INC. 74-1546710 | JAFFE ENERGY, INC. 74-2257274 | JAFFE INTERNATIONAL, INC 74-2583165 | CONTRAN INTERNATIONAL, INC AND 74-2377116 |
|---|---|---|---|---|---|---|
| **Schedule M-1** | | | | | | |
| 1 Net income per books | | | | | | |
| 2 Federal Income Tax | | | | | | |
| 3 Excess Capital Losses | | | | | | |
| 4 Income Subject to Tax not on Books | | | | | | |
| 5 Expenses Recorded on Books not Deducted on Return | | | | | | |
|   a Depreciation | | | | | | |
|   b Charitable Contributions | | | | | | |
|   c Travel and Entertainment | | | | | | |
|   Other | | | | | | |
| 6 Total Lines 1-5 | | | | | | |
| 7 Income Recorded on Books not Included on Return | | | | | | |
|   a Tax-exempt Interest | | | | | | |
|   Other | | | | | | |
| 8 Deductions on Return not on Books | | | | | | |
|   a Depreciation | | | | | | |
|   b Charitable Contributions | | | | | | |
|   Other | | | | | | |
| 9 Total Lines 7 and 8 | | | | | | |
| 10 Income (Line 28, Page 1) | | | | | | |
| **Schedule M-2** | | | | | | |
| 1 Balance at beginning of year | 47,556,430. | -30,016,773. | 988,926. | -16,075,229. | -530,158. | -31,982,656. |
| 2 Net Income per Books | 30,351,727. | -4,600,399. | | | | |
| 3 Other Increases | | | | | | |
| 4 Total Line 1-3 | 77,908,157. | -34,617,172. | 988,926. | -16,075,229. | -530,158. | -31,982,656. |
| 5 Distributions | | | | | | |
|   a Cash | | | | | | |
|   b Stock | | | | | | |
|   c Property | | | | | | |
| 6 Other Decreases | | | | | | |
| 7 Total lines 5 and 6 | | | | | | |
| 8 Balance at end of year | 77,908,157. | -34,617,172. | 988,926. | -16,075,229. | -530,158. | -31,982,656. |

STATEMENT 31

JSA
8C9995 1.000
B99T

7083GI

## Consolidated Schedules

### Schedule D

#### Short-Term Capital Gains and Losses

| | COMBINED | JAFFE GROUP ELIMINATIONS | ADJUSTMENTS | JAFFE GROUP, LLC & SUBSIDIARIES |
|---|---|---|---|---|
| 1a Short-term net on Form 8949 | | | | |
| 1b Form 8949, Part I, Box A | | | | |
| 2 Form 8949, Part I, Box B | | | | |
| 3 Form 8949, Part I, Box C | | | | |
| 4 Gain from installment sales | | | | |
| 5 Gain or loss from Form 8824 | | | | |
| 6 Unused capital loss carryover | | | | |
| 7 Net short-term gains and losses | | | | |

#### Long-Term Capital Gains and Losses

| | | | | |
|---|---|---|---|---|
| 8a Long-term net on Form 8949 | | | | |
| 8b Form 8949, Part II, Box D | | | | |
| 9 Form 8949, Part II, Box E | | | | |
| 10 Form 8949, Part II, Box F | | | | |
| 11 Form 4797 Part I gain | 89,556. | | | 89,556. |
| 12 Gain from installment sales | | | | |
| 13 Gain or loss from Form 8824 | | | | |
| 14 Capital gain distributions | | | | |
| 15 Net long-term gains and losses | 89,556. | | | 89,556. |

#### Summary

| | | | | |
|---|---|---|---|---|
| 16 Short-term gain over long-term loss | | | | |
| 17 Long-term gain over short-term loss | 89,556. | | | 89,556. |
| 18 Net capital gain | 89,556. | | | 89,556. |

STATEMENT    32

JSA
8C8654 1.000    7083GI    B99T

**Consolidated Schedules**

**Schedule D**

Short-Term Capital Gains and Losses

| | JAFFE GROUP, LTD 74-2223794 | JAFFE REALTY INC. AND SUBSIDIARY 74-2540989 | INTERNATIONAL CONTRACTORS, INC. 74-1546740 | JAFFE ENERGY, INC. 74-2257274 | JAFFE INTERNATIONAL, INC. 74-2583165 | CONTPAN INTERNATIONAL, INC. AND 74-2377116 |
|---|---|---|---|---|---|---|
| 1a Short-term not on Form 8949 | | | | | | |
| 1b Form 8949, Part I, Box A | | | | | | |
| 2 Form 8949, Part I, Box B | | | | | | |
| 3 Form 8949, Part I, Box C | | | | | | |
| 4 Gain from installment sales | | | | | | |
| 5 Gain or loss from Form 8824 | | | | | | |
| 6 Unused capital loss carryover | | | | | | |
| 7 Net short-term gains and losses | | | | | | |
| **Long-Term Capital Gains and Losses** | | | | | | |
| 8a Long-term not on Form 8949 | | | | | | |
| 8b Form 8949, Part II, Box D | | | | | | |
| 9 Form 8949, Part II, Box E | | | | | | |
| 10 Form 8949, Part II, Box F | | 89,556. | | | | |
| 11 Form 4797 Part I gain | | | | | | |
| 12 Gain from installment sales | | | | | | |
| 13 Gain or loss from Form 8824 | | | | | | |
| 14 Capital gain distributions | | | | | | |
| 15 Net long-term gains and losses | | 89,556. | | | | |
| **Summary** | | | | | | |
| 16 Short-term gain over long-term loss | | | | | | |
| 17 Long-term gain over short-term loss | | 89,556. | | | | |
| 18 Net capital gain | | 89,556. | | | | |

STATEMENT 33

JSA
8C9054 1.000    7083GI    B99T

## Consolidated Schedules
### Schedule M-3, Part II

| | | CONSOLIDATED | | | | JAFFE GROUP ELIMINATIONS | | |
|---|---|---|---|---|---|---|---|---|
| | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN |
| 1 Income (loss) from equity method foreign corp. | | | | | | | | |
| 2 Gross foreign dividends not previously taxed | | | | | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | | | | | |
| 5 Gross foreign distrib. previously taxed | | | | | | | | |
| 6 Income (loss) from equity method U.S. corp. | | | | | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | | | | | |
| 8 Minority interest for includible corp. | | | | | | | | |
| 9 Income (loss) from U.S. partnerships | 25,186,701. | -16,439,578. | 198,067. | 8,947,190. | | | | |
| 10 Income (loss) from foreign partnerships | | | | | | | | |
| 11 Income (loss) from other pass-through entities | | | | | | | | |
| 12 Items relating to reportable transactions | | | | | | | | |
| 13 Interest income | 6,367,440. | | | 6,367,440. | | | | |
| 14 Total accrual to cash adjustment | | | | | | | | |
| 15 Hedging transactions | | | | | | | | |
| 16 Mark-to-market income (loss) | | | | | | | | |
| 17 Cost of goods sold | 12,371. | | | 12,371. | | | | |
| 18 Sales versus lease | | | | | | | | |
| 19 Section 481(a) adjustments | | | | | | | | |
| 20 Unearned/deferred revenue | | | | | | | | |
| 21 Income recognition from long-term contracts | | | | | | | | |
| 22 Original issue discount/imputed interest | | | | | | | | |
| 23a Income statement gain/loss on sale, exchange, or abandonment | | | | | | | | |
| 23b Gross cap. gains from Sch. D, excluding amount from pass-through entities | 312,986. | -312,986. | | | | | | |
| 23c Gross cap. losses from Sch. D, excluding amount from pass-through, worthless stock | | | | | | | | |
| 23d Net gain/loss reported on Form 4797 | 274,206. | 274,206. | | 274,206. | | | | |
| 23e Abandonment losses | | | | | | | | |
| 23f Worthless stock losses | | | | | | | | |
| 23g Other gain/loss on disposition of assets | | | | | | | | |
| 24 Capital loss limitation and carryforward used | | | | | | | | |
| 25 Other income (loss) items with differences | | | | | | | | |
| 26 Total income (loss) items | 31,856,756. | -16,478,358. | 198,067. | 15,576,465. | | | | |
| 27 Total expense/deduction items | -5,297,796. | -6,417,644. | 215,373. | -11,496,067. | | -1,580,738. | | -1,580,738. |
| 28 Other items with no differences | -807,632. | | | -807,632. | | | | |
| 29a 1120 subgroup reconciliation totals | 25,751,328. | -22,896,002. | 417,440. | 3,272,766. | | -1,580,738. | | -1,580,738. |
| 29b PC insurance subgroup reconciliation totals | | | | | | | | |
| 29c Life insurance subgroup reconciliation totals | | | | | | | | |
| 30 Reconciliation totals | 25,751,328. | -22,896,002. | 417,440. | 3,272,766. | | -1,580,738. | | -1,580,738. |

JSA
8C8042 2.000       7083GI     B99T                                                                STATEMENT     34

**Consolidated Schedules**
**Schedule M-3, Part II**

| | ADJUSTMENTS | | | | JAFFE GROUP, LLC & SUBSIDIARIES | | | |
|---|---|---|---|---|---|---|---|---|
| | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN |
| 1 Income (loss) from equity method foreign corp. | | | | | | | | |
| 2 Gross foreign dividends not previously taxed | | | | | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | | | | | |
| 5 Gross foreign distrib. previously taxed | | | | | | | | |
| 6 Income (loss) from equity method U.S. corp. | | | | | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | | | | | |
| 8 Minority interest for includible corp. | | | | | | | | |
| 9 Income (loss) from U.S. partnerships | | | | | 25,189,701. | -16,439,578. | 198,067. | 8,947,190. |
| 10 Income (loss) from foreign partnerships | | | | | | | | |
| 11 Income (loss) from other pass-through entities | | | | | | | | |
| 12 Items relating to reportable transactions | | | | | | | | |
| 13 Interest income | | | | | 6,367,440. | | | 6,367,440. |
| 14 Total accrual to cash adjustment | | | | | | | | |
| 15 Hedging transactions | | | | | | | | |
| 16 Mark-to-market income (loss) | | | | | 12,371. | | | 12,371. |
| 17 Cost of goods sold | | | | | | | | |
| 18 Sales versus lease | | | | | | | | |
| 19 Section 481(a) adjustments | | | | | | | | |
| 20 Unearned/deferred revenue | | | | | | | | |
| 21 Income recognition from long-term contracts | | | | | | | | |
| 22 Original issue discount/imputed interest | | | | | 312,986. | -312,986. | | |
| 23a Income statement gain/loss on sale, exchange, or abandonment | | | | | | | | |
| 23b Gross cap. gains from Sch. D, excluding amount from pass-through entities | | | | | | | | |
| 23c Gross cap. losses from Sch. D, pass-through ent., abandonment, worthless stock | | | | | | | | |
| 23d Net gain/loss reported on Form 4797 | | | | | | 274,206. | | 274,206. |
| 23e Abandonment losses | | | | | | | | |
| 23f Worthless stock losses | | | | | | | | |
| 23g Other gain/loss on disposition of assets other than inventory | | | | | | | | |
| 24 Capital loss limitation and carryforward used | | | | | | | | |
| 25 Other income (loss) items with differences | | | | | | | | |
| 26 Total income (loss) items | | | | | 31,856,756. | -16,478,358. | 198,067. | 15,576,465. |
| 27 Total expense/deduction items | | 59,176. | -215,373. | -160,197. | -5,297,796. | -7,939,206. | | -13,237,002. |
| 28 Other items with no differences | | | | | -807,632. | | | -807,632. |
| 29a 1120 subgroup reconciliation totals | | 59,176. | -215,373. | -160,197. | 25,751,328. | -24,417,564. | 198,067. | 1,531,831. |
| 29b PC insurance subgroup reconciliation totals | | | | | | | | |
| 29c Life insurance subgroup reconciliation totals | | | | | | | | |
| 30 Reconciliation totals | | 59,176. | -215,373. | -160,197. | 25,751,328. | -24,417,564. | 198,067. | 1,531,831. |

STATEMENT 35

JSA
8CB042 2.000

7083GI        B99T

```
SCHEDULE M-3, PART II DETAIL
=================================================================================


LINE 28 - OTHER ITEMS WITH NO DIFFERENCES
-----------------------------------------

JAFFE GROUP, LTD
-------------------------------------------------
OTHER DEDUCTIONS                                           -184,090.
                                                    -----------------
       SUBTOTAL                                            -184,090.
                                                    -----------------

JAFFE INTEREST, LP
-------------------------------------------------
RENTAL INCOME                                              146,795.
REPAIRS & MAINTENANCE                                     -107,590.
TAXES AND LICENSES                                        -357,991.
OTHER DEDUCTIONS                                          -300,081.
SALARIES & WAGES                                            -5,383.
OTHER INCOME                                                27,878.
RENTAL OTHER DEDUCTIONS                                   -209,324.
                                                    -----------------
       SUBTOTAL                                            -805,696.
                                                    -----------------

JAFFE VENTURES, INC.
-------------------------------------------------
GROSS RECEIPTS                                             218,952.
OTHER DEDUCTIONS                                           -36,798.
                                                    -----------------
       SUBTOTAL                                            182,154.
                                                    -----------------

       TOTAL                                              -807,632.
                                                    =================
```

File: Income_Statements_3-31-19__Jaffe_Group_Return.pdf    [2022/05/30 12:34:46]                    203 of 1667

**Consolidated Schedules**
**1120 Page 1**

| | COMBINED | JAFFE GROUP ELIMINATIONS | ADJUSTMENTS | JAFFE GROUP, LLC & SUBSIDIARIES |
|---|---|---|---|---|
| 1a Gross receipts or sales | 28,467. | | | 28,467. |
| 1b Returns and allowances | | | | |
| 1c Balance | 28,467. | | | 28,467. |
| 2 Cost of goods sold | 13,408. | | | 13,408. |
| 3 Gross profit | 15,059. | | | 15,059. |
| 4 Dividends | | | | |
| 5 Interest | 5,720,256. | | | 5,720,256. |
| 6 Gross rents | 166,716. | | | 166,716. |
| 7 Gross royalties | | | | |
| 8 Capital gain net income | 1,534,678. | | -373,366. | 1,161,312. |
| 9 Net gain or (loss) from Form 4797 | 32,470. | | 373,366. | 405,836. |
| 10 Other income | 14,330,481. | | -234,582. | 14,095,899. |
| 11 Total income | 21,799,660. | | -234,582. | 21,565,078. |
| 12 Compensation of officers | | | | |
| 13 Salaries and wages | | | | |
| 14 Repairs and maintenance | 368,990. | | | 368,990. |
| 15 Bad debts | 94,995. | | | 94,995. |
| 16 Rents | 54,170. | | | 54,170. |
| 17 Taxes and licenses | 853,519. | | | 853,519. |
| 18 Interest | 3,578,846. | | 2,127,472. | 5,706,318. |
| 19 Charitable contributions | 68,406. | | -68,406. | NONE |
| 20 Depreciation | 4,107,495. | | | 4,107,495. |
| 21 Depletion | | | | |
| 22 Advertising | | | | |
| 23 Pension, profit-sharing etc., plans | | | | |
| 24 Employee benefit programs | | | | |
| 25 Reserved for future use | | | | |
| 26 Other deductions | 12,406,228. | | | 12,406,228. |
| 27 Total deductions | 21,532,649. | | 2,059,066. | 23,591,715. |
| 28 Taxable income before NOL & Spec. Deductions | 267,011. | NONE | -2,293,648. | -2,026,637. |
| 29 NOL, Spec. deductions | NONE | NONE | NONE | NONE |
| 30 Taxable income | 267,011. | NONE | -2,293,648. | -2,026,637. |

7083GI   B99T

STATEMENT   1

JSA
SC34082 1.000