AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Horseshoe Bay Resort Holdings, LLC )<br>*Plaintiff* ) | |
| ) | Civil Action No. 1:24-CV-00040-DAE |
| The United States Small Business Administration et al. ) | |
| *Defendants* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ **other**:
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David A. Ezra on a motion for
Final Judgment _____ .

Date: 11/27/2024

**Philip J. Devlin**
*CLERK OF COURT*

*Christina Cordero* (signature)
*Signature of Clerk or Deputy Clerk*